UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENROD MANAGEMENT GROUP,<br><br>                Plaintiff-Petitioner,<br><br>v.<br><br>STEWART⌀S MOBILE CONCEPTS, LTD.,<br><br>                Defendant-Respondent. | CIVIL ACTION NO.:  07-CV-10649<br><br><br><br>**NOTICE OF APPEARANCE** |

Richard S. Mills, Esq., of the law firm McElroy, Deutsch, Mulvaney & Carpenter, LLP, hereby enters an appearance in this matter on behalf of Defendant-Respondent, Stewart⌀s Mobile Concepts, LTD.

Dated: November 28, 2007          By:____/s Richard S. Mills_____
                                                           Richard S. Mills (RM-0206)