# McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

ATTORNEYS AT LAW

88 Pine Street
24th Floor
New York, New York 10005
(212) 483 9490
FACSIMILE (212) 483 9129



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07

December 4, 2007

Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
Room 1030
New York, NY 10007

RE:    Penrod Management Group v. Stewart's Mobile Concepts, LTD
       Civil Action No.: 07-CV-10649

Dear Judge Koeltl:

The undersigned have agreed on a proposed briefing schedule for the above referenced matter. The arbitration date will not be fixed until plaintiff's application for a preliminary injunction is resolved. The following proposed briefing schedule, submitted for Your Honor's approval, is as follows:

Proposed Briefing Schedule

1) Defendant's opposition papers submitted on Monday, December 10th, 2007.
2) Plaintiff's reply papers submitted on Monday, December 17th, 2007.
3) Hearing on Thursday, December 19th, 2007.

Both parties thank you for Your Honor's consideration an accommodation in this matter.

Respectfully submitted,

By: _____          By: _____
Richard S. Mills                        James V. Marks
Ryan P. Mulvaney                        195 Broadway, 24th Floor
88 Pine Street, 24th Floor              New York NY 10007
New York, New York 10005                t. 212-513-3200
t. 212-483-9490                         f. 212-385-9010
f. 212-483-9129

NEWARK, NEW JERSEY    RIDGEWOOD, NEW JERSEY    MORRISTOWN, NEW JERSEY    DENVER, COLORADO    PHILADELPHIA, PENNSYLVANIA

*So Ordered.*

12/4/07