# Holland+Knight

Tel  212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com



James V. Marks
212 513 3531
james.marks@hklaw.com

December 18, 2007

**BY HAND**

Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1030
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07

Re: Penrod Management Group v. Stewart's Mobile Concepts, Ltd.
Civil Action No.: 07-CV-10649

Dear Judge Koeltl:

We represent Plaintiff Penrod Management Group ("Penrod") in the above-referenced action and write regarding the enclosed Motion for Admission *Pro Hac Vice* (the "Motion").

During the November 30, 2007 hearing, Your Honor instructed the parties to file motions for admission *pro hac vice* via the Electronic Case Filing System ("ECF") and to call your clerk to alert him that we had done so. Accordingly, on the evening of December 14, 2007, we submitted the enclosed Motion via ECF and in the morning of December 15, 2007, left a voice message for Mr. Fletcher indicating that the Motion had been so submitted. Nonetheless, we received an ECF notice that the Motion was rejected and must be filed manually. We, therefore, submit the enclosed Motion to you by hand.

Respectfully submitted,

James V. Marks

cc: Richard S. Mills, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
88 Pine Street, 24th Floor
New York, New York 10005

# 5000572_v1