UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENROD MANAGEMENT GROUP, Inc.<br><br>    Plaintiff-Petitioner,<br><br>v.<br><br>STEWART'S MOBILE CONCEPTS, LTD.,<br><br>    Defendant-Respondent. | CIVIL ACTION NO.: 07-CV-10649 |

## CIVIL ACTION – CERTIFICATION OF SERVICE

I, Ben Zviti, am employed by the firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for defendant, in the within matter.

On December 21, 2007 I served true and accurate copies of the within **Stewart's Mobile Concepts, Ltd. Answer to Penrod Management Group's Inc., Petition** and this certification of service upon the following, in accordance with the Federal Rules of Civil Procedure and the rules of the United States District Court, Southern District of New York:

James V. Marks, Esq.
Attorney for Plaintiff
195 Broadway, 24th Floor
New York NY 10007
Telephone: 212-513-3200
Facsimile:  212-385-9010

I HEREBY CERTIFY that all of the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

Date: December 21, 2007

_____
Ben Zviti