UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Penrod Management Group, Inc.

              Plaintiff,

                                       07- CV – 10649

        - against -                     MOTION TO ADMIT COUNSEL

Stewart's Mobile Concepts, Ltd.          PRO HAC VICE

              Defendant.

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Richard S. Mills, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Ryan P. Mulvaney, Esq. |
| Firm Name: | McElroy, Deutsch, Mulvaney & Carpenter, LLP |
| Address: | Three Gateway Center |
| | 100 Mulberry Street |
| City/State/Zip: | Newark, NJ 07102-4079 |
| Phone Number: | (973) 622-7711 |
| Fax Number: | (973) 622-5314 |

Ryan P. Mulvaney is a member of good standing of the Bar of the State of New Jersey. There are no pending disciplinary proceedings against Ryan P. Mulvaney in any State or Federal court.

This motion supplements the undersigned's original Motion to Admit Counsel Pro Hac Vice filed on December 6, 2007 and returned while awaiting the receipt of the Certificate of Good Standing. The Certificate of Good Standing, having been received today, is attached hereto.

Dated: December 18, 2007
New York, New York:

                               Respectfully submitted,

                               Richard S. Mills (RM-0206)
McElroy, Deutsch, Mulvaney & Carpenter, LLP
88 Pine Street, 24th Floor
New York, NY 10005
Phone Number: (212) 483-9490
Fax Number:   (212) 483-9129

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Penrod Management Group, Inc.

                Plaintiff,

07- CV – 10649

- against -

**AFFIDAVIT OF
RICHARD S. MILLS
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

Stewart's Mobile Concepts, Ltd.

                Defendant.

State of New York  )
                      ) ss:
County of New York  )

Richard S. Mills, being duly sworn, hereby deposes and says as follows:

1. I am a Partner at McElroy, Deutsch, Mulvaney & Carpenter, LLP, counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facs set forth herein and in support of Defendant's motion to admit Ryan P. Mulvaney, Esq. as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in February 25, 1987. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Ryan P. Mulvaney since 2004.

4. Mr. Mulvaney is an associate at McElroy, Deutsch, Mulvaney & Carpenter, LLP, in Newark, New Jersey.

5. I have found Mr. Mulvaney to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Ryan P. Mulvaney, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Ryan P. Mulvaney, pro hac, vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Ryan P. Mulvaney, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: December 18, 2007
New York, New York

Respectfully submitted,

*[signature]*
Richard S. Mills
(RM-0206)

Sworn to before me
This 18TH day of December, 2007

*[signature]*

STANLEY LAVIN
Notary Public, State of New York
No. 417445750
Qualified in Nassau County
Commission Expires October 31, 20 10

# Certificate of Good Standing



## United States of America

## District of New Jersey

I, WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

*Ryan P. Mulvaney*

was duly admitted to practice in said Court as of December 30, 2002, and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: December 14, 2007

WILLIAM T. WALSH, CLERK

By _____
Carey P. Carlisle, Deputy Clerk

*U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PENROD MANAGEMENT GROUP, Inc.

    Plaintiff-Petitioner,

v.

STEWART'S MOBILE CONCEPTS, LTD.,

    Defendant-Respondent.

CIVIL ACTION NO.: 07-CV-10649

## CIVIL ACTION – CERTIFICATION OF SERVICE

I, Vickie Mascall, am employed by the firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for defendant, in the within matter.

On December 18, 2007 I served true and accurate copies of the within **Motion to Admit Counsel Pro Hac Vice** and this certification of service upon the following, in accordance with the Federal Rules of Civil Procedure and the rules of the United States District Court, Southern District of New York:

James V. Marks, Esq.
Attorney for Plaintiff
195 Broadway, 24th Floor
New York NY 10007
Telephone: 212-513-3200
Facsimile:  212-385-9010

I HEREBY CERTIFY that all of the foregoing statements made by me are true. I am aware that if any of the foregoing statement made by me are willingly false, I am subject to punishment.

Date:  December 18, 2007

                                              Vickie Mascall

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Penrod Management Group, Inc.

               Plaintiff,

        07- CV – 10649

    - against -

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Stewart's Mobile Concepts, Ltd.

              Defendant.

Upon the motion of Richard S. Mills, attorney for Stewart's Mobile Concepts, Ltd., and said sponsor attorney's affidavit in support;

**IT IS HERBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Ryan P. Mulvaney, Esq. |
| Firm Name: | McElroy, Deutsch, Mulvaney & Carpenter, LLP |
| Address: | Three Gateway Center |
| | 100 Mulberry Street |
| City/State/Zip: | Newark, NJ 07102-4079 |
| Phone Number: | (973) 622-7711 |
| Fax Number: | (973) 622-5314 |

is admitted to practice pro hac vice as counsel for Stewart's Mobile Concepts, Ltd in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court

Dated:
New York, New York

                                                      United States District Judge