USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PENROD MANAGEMENT GROUP,

                Plaintiff-Petitioner,

- against -

STEWART'S MOBILE CONCEPTS, LTD.,

                Defendant-Respondent.

07-CV-10649

**ORDER FOR ADMISSION**
*PRO HAC VICE*

Upon fulfilling the requirements set forth in 28 U.S.C. § 1746(2), L.H. Steven Savola is hereby admitted Pro Hac Vice for all purposes for this action. *The applicant should pay the registration fee to the Clerk of the Court.*

IT IS SO ORDERED

Dated: 12/19, 2007

U.S. District Judge John G. Koeltl

# 4987428_v1