# Holland + Knight

Tel 212 513 3200
Fax 212 385 9010



Holland & Knight LLP
195 Broadway
New York, NY 10007-3189

**USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/08**

RECEIVED FEB 13 2008 CHAMBERS OF JUDGE JOHN G. KOELTL

February 13, 2008

Christine Tramontano
212 513 3598
christine.tramontano@hklaw.com

**VIA FACSIMILE**
Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1030
New York, NY 10007

Re:   Penrod Management Group v. Stewart's Mobile Concepts, Ltd.
      Civil Action No.: 07-CV-10649

Dear Judge Koeltl:

We represent plaintiff-petitioner Penrod Management Group ("Penrod") in the above-referenced action and write regarding the February 15, 2008 conference at 3:00PM. Penrod's representatives are now unavailable to travel from Miami to attend the conference on the afternoon of February 15, 2008.

We have attempted without success to learn the intended nature (e.g., conference, oral argument, and/or evidentiary hearing) of the February 15th conference. If the Court solely intends to conference the case and/or hold oral argument on the pending motion, then we are prepared to proceed without the presence of Penrod's representatives. If, however, the Court intends to hold an evidentiary hearing, Penrod requests that the Court adjourn the conference to February 28, 2008. We have conferred with Ryan Mulvaney, counsel for Stewart's, and he consents to an adjournment to February 28, 2008, if necessary.

Respectfully submitted,

Christine Tramontano

cc:   Richard S. Mills (Via Facsimile)
      Ryan P. Mulvaney (Via Facsimile)

# 5125054_v1

---

**Handwritten annotation by Judge:**

The hearing on Feb. 15 is the hearing on the Order to Show Cause for a Preliminary Injunction. It is not an evidentiary hearing on the ultimate merits. The Court does not expect, but would not preclude the parties from seeking to offer any evidence but that is not common on the return date on an order to show cause for a preliminary injunction which is often decided on the papers. Therefore, the hearing (or oral argument) will proceed on February 15th, 2008.

So ordered.
JGKoeltl U.S.D.J.
2/13/08