UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PENROD MANAGEMENT GROUP,

      Plaintiff-Petitioner,

- against -

STEWART'S MOBILE CONCEPTS, LTD.,

      Defendant-Respondent.

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08

07 Civ. 10649 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    By **February 29, 2008**, the parties should advise the Court whether the parties consent to trial before the Magistrate Judge. The parties may communicate with the Court with respect to this matter by joint letter.

SO ORDERED.

Dated:    New York, New York
             February 16, 2008

                                John G. Koeltl
                                United States District Judge