UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-3-08
```

Penrod Management Group, Inc.

          Plaintiff,

07- CV - 10649

- against -

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Stewart's Mobile Concepts, Ltd.

          Defendant.

Upon the motion of Richard S. Mills, attorney for Stewart's Mobile Concepts, Ltd., and said sponsor attorney's affidavit in support;

**IT IS HERBY ORDERED** that

|  |  |
|---|---|
| Applicant's Name: | Ryan P. Mulvaney, Esq. |
| Firm Name: | McElroy, Deutsch, Mulvaney & Carpenter, LLP |
| Address: | Three Gateway Center |
|  | 100 Mulberry Street |
| City/State/Zip: | Newark, NJ 07102-4079 |
| Phone Number: | (973) 622-7711 |
| Fax Number: | (973) 622-5314 |

is admitted to practice pro hac vice as counsel for Stewart's Mobile Concepts, Ltd in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court

Dated: 4/1/08
New York, New York

_____
United States District Judge