UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PENROD MANAGEMENT GROUP, INC.      Civil Action No.: 07-CV-10649

                   Plaintiff-Petitioner,

   - against -                          **NOTICE OF MOTION**

STEWART'S MOBILE CONCEPTS, LTD.,

                   Defendant-Respondent.

---

**PLEASE TAKE NOTICE**, that upon the annexed declaration of Jack Penrod, sworn to on June 2, 2008, with attached exhibit; the declaration of Christine Tramontano, sworn to on June 3, 2008, with attached exhibits; the accompanying memorandum of law; and upon all the pleadings and proceedings had herein, the undersigned will move this Court, on behalf of plaintiff Penrod Management Group, Inc. ("PMG"), before The Honorable Douglas F. Eaton, at the United States District Court, United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York 10007, on a date to be scheduled by the Court, at 9:30 a.m. of that day or as soon thereafter as PMG can be heard, for an Order granting its motion *in limine* precluding the admission in evidence of the Direct Examination Affidavit of Bob Hiss.

Dated:   New York, New York
          June 3, 2008

                                           Respectfully submitted,

                                           HOLLAND & KNIGHT LLP

                                           By: _____
                                               Sean C. Sheely
                                               Christine Tramontano
                                         195 Broadway
                                         New York, New York 10007

                (212) 513-3200

                Attorneys for Plaintiff-Petitioner
                Penrod Management Group

Of Counsel:
L.H. Steven Savola, Esq. (*pro hac vice*)
Savola LLC Law Firm
8770 Sunset Drive, #443
Miami, FL 33173
(305) 279-6406


To:    Ryan P. Mulvaney, Esq.
        McElroy, Deutsch, Mulvaney & Carpenter, LLP
        Three Gateway Center
        100 Mulberry Street
        Newark, NJ 07102

        Richard S. Mills, Esq.
        McElroy, Deutsch, Mulvaney & Carpenter, LLP
        88 Pine Street, 24th Floor
        New York, New York 10005


\# 5379735_v1