# EXHIBIT I

## TELEPHONE RECORD FOR FILE

Date: _____ 9/10 _____

Time: _____ 11:00 _____

Client: _____ Case: _____

Call (from) (to): S. Sanola _____ Tel. No.: _____

- 2, 5, 8, 10, 12, 27,  will provide

- 70+ demands
    ↳ may reduce
    ↳ not 6

# EXHIBIT J

## TELEPHONE RECORD FOR FILE

Date: 10/3/07

Time: 3:30

Client: _____    Case: Schwartz Mobile

Call (from)/(to): S. Savola    Tel. No.: _____

Will call me tomorrow

Hasn't spoken to clients re: reso./doce

# EXHIBIT K



**American Arbitration Association**
*Dispute Resolution Services Worldwide*

*Northeast Case Management Center*
Catherine Shanks
Vice President
Christopher Fracassa, Yvonne L. Baglini
Assistant Vice Presidents

950 Warren Avenue, East Providence, RI 02914
telephone: 866-293-4053 facsimile: 401-435-6529
internet: http://www.adr.org/

# FAX

Date: October 9, 2007

To
Ryan Mulvaney
McElroy Deutsch Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079

L.H. S. Savola
Savola LLC
8770 Sunset Drive, #443
Miami, FL 33173

Fax Number: 305-534-7253

From: Joyce A. Rapoza

Number of Pages: ( 4 )

Re: 13 118 02115 06
     Stewarts Mobile Concepts, Ltd.
     and
     Nikki Beach Atlantic City, LLC and
     Penrod Management Group, Inc.


MESSAGE:


THIS FAX TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE PERSON TO WHOM IT IS ADDRESSED. IT MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED OR OTHERWISE EXEMPT FROM DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE PERSON AUTHORIZED TO DELIVER THIS FAX TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OF THIS FAX IS PROHIBITED. IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AT THE NUMBER LISTED ABOVE AND RETURN THE ORIGINAL FAX TO US BY FIRST CLASS MAIL AT THE ABOVE ADDRESS.

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

*Northeast Case Management Center*
Catherine Shanks
Vice President
Christopher Fracassa, Yvonne L. Baglini
Assistant Vice Presidents

950 Warren Avenue, East Providence, RI 02914
telephone: 866-293-4053 facsimile: 401-435-6529
internet: http://www.adr.org/

October 9, 2007

VIA FACSIMILE

Thomas Scrivo, Esq.
McElroy Deutsch Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079

Michael Register Esq.
One Ocean Drive
Miami Beach, FL 33139

L.H. S. Savola
Savola LLC
8770 Sunset Drive, #443
Miami, FL 33173

Re: 13 118 02115 06
 Stewarts Mobile Concepts, Ltd.
 and
 Nikki Beach Atlantic City, LLC and
 Penrod Management Group, Inc.

Dear Parties:

This will confirm a Conference Call in the above matter was held on October 9, 2007. Enclosed please find Preliminary Hearing and Scheduling Order #3.

Please do not hesitate to contact the undersigned should you have a question.

Sincerely,

Joyce A. Rapoza
Case Manager
401 431 4805
RapozaJ@adr.org

*Supervisor Information: Karen Fontaine, 401 431 4798, fontainek@adr.org*

cc:    Cynthia Rollings, Esq.

Case # 13 118 02115 06
Stewart's Mobile Concepts, Ltd.
and
Nikki Beach Atlantic City, LLC and
Penrod Management Group, Inc.

REPORT OF PRELIMINARY HEARING AND SCHEDULING ORDER #3


    Pursuant to the Commercial Arbitration Rules of the American
Arbitration Association (AAA), a conference call was held on October
9, 2007.  Appearing at the hearing was Ryan Mulvaney, attorney for
claimant, and Steve Savola, attorney for respondent Penrod Management
Group, Inc.  After discussion with both parties, the following is now
in effect:

1. Respondent shall serve responsive documents by overnight mail today
October 9, 2007.

2. Claimant may serve an amended Demand on or before October 18, 2007.
Respondent shall serve an amended answer, if any, by October 28, 2007.

3. A conference call is scheduled for October 24, 2007, at 10 am to
address any outstanding issues concerning documents.  In the event
there are no disputes, the parties will timely notify the AAA Case
Manager to cancel the call.

4. The schedule set forth in scheduling order #2 dated August 20, 2007
remains otherwise in effect as follows:

5. Both parties shall serve and file a disclosure of all witnesses
reasonably expected to be called no later than November 1, 2007.

6. Not later than November 12, 2007, the parties shall exchange copies
of all exhibits to be offered, pre-marked for identification bound in
a three hole punch notebook.

7. The hearing in this matter is scheduled to proceed at the American
Arbitration Association, 1633 Broadway, New York, New York on November
19 and November 20, 2007 at 10 am.

8.   Any documents to be filed with or submitted to the arbitrator
outside the hearing shall be given to the AAA Case Administrator for
transmittal to the arbitrator.  Copies of such documents shall also be
sent simultaneously to the opposing party.  There shall be no direct
or direct communication with the arbitrator except at scheduled
conference calls and the oral hearing.

9. This order shall continue in effect unless and until amended by
subsequent order of the arbitrator.

Dated: October 9, 2007

Cynthia Rollings
Arbitrator

# EXHIBIT L

**RECEIVED** OCT 1 0 2007

# SAVOLA LLC
## LAW FIRM

L. H. STEVEN SAVOLA*

8770 SUNSET DR. # 443 - MIAMI, FLORIDA 33173
(786) 390-1297

Ryan P. Mulvaney
Three Gateway Center
100 Mulberry Street
Newark, New Jersey
07102-4079

10.9.07

Dear Mr. Mulvaney

RE: Stewart's Mobile

Please find enclosed documents in response to your Requests for Production agreed to in our telephone conversation of 9.10.07.

2. Attached
3. None
8. Attached
10. Attached
12. Attached
27. Attached

Should you have any questions, please do not hesitate to contact me.

Sincerely Yours

L. H. Steven Savola

*LICENSED TO PRACTICE LAW IN THE STATE OF FLORIDA, UNITED STATES DISTRICT COURT FOR THE SOUTHERN AND MIDDLE DISTRICTS OF FLORIDA AND THE UNITED STATES COURT OF FEDERAL CLAIMS.



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

**Previous on List**    **Next on List**    **Return To List**

No Events          No Name History

Entity Name Search

## Detail by Entity Name

### Florida Profit Corporation

PENROD MANAGEMENT GROUP, INC.

### Filing Information

| | |
|---|---|
| **Document Number** | P01000104533 |
| **FEI Number** | 651151495 |
| **Date Filed** | 10/29/2001 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address

1 OCEAN DRIVE
4TH FLOOR
MIAMI BEACH FL 33139 US

Changed 05/11/2005

### Mailing Address

1 OCEAN DRIVE
4TH FLOOR
MIAMI BEACH FL 33139 US

Changed 05/11/2005

### Registered Agent Name & Address

BONITATIBUS, PETER
1300 NORTH FEDERAL HWY
202
BOCA RATON FL 33432

Address Changed: 03/25/2002

### Officer/Director Detail

### Name & Address

Title P

PENROD, JACK
317 COCONUT LANE
MIAMI BEACH FL 33139

### Annual Reports

**Report Year** **Filed Date**
**2005**      05/11/2005
**2006**      07/28/2006
**2007**      08/02/2007

## Document Images

08/02/2007 -- ANNUAL REPORT

07/28/2006 -- ANNUAL REPORT

05/11/2005 -- ANNUAL REPORT

05/04/2004 -- ANNUAL REPORT

05/07/2003 -- ANNUAL REPORT

03/25/2002 -- ANNUAL REPORT

10/29/2001 -- Domestic Profit

**Note:** This is not official record. See documents if question or conflict.

New Jersey Department of Labor
and Workforce Development
Division of Employer Accounts
PO Box 397
Trenton, New Jersey 08625-0397

09/02/2005

NOTICE OF SUBJECTIVITY TO THE N.J. UNEMPLOYMENT COMPENSATION LAW

YOUR PERMANENT EMPLOYER ID. NO.  0-202-529-399/000-00

NIKKI BEACH ATLANTIC CITY, LLC
NIKKI BEACH-PENROD'S ELBO ROOM

17 GORDON'S ALLEY
ATLANTIC CITY, NJ 08401

| | |
|---|---|
| FINANCING METHOD | Contributory |
| DISABILITY PLAN | State Plan |
| DATE EMPL. LIAB. BEGINS | 04/01/2005 |
| SUBJECT STATUS ATTAINED DATE | 06/01/2005 |
| DATE WORKER LIABILITY BEGINS | 06/02/2005 |
| EMPLOYER U.C. RATE | 2.4825 |
| EMPLOYER WORKFORCE RATE | 0.1175 |
| EMPLOYER HEALTH CARE RATE | 0.200 |
| EMPLOYER T.D. RATE | 0.500 |
| WORKER U.C. RATE | 0.3825 |
| WORKER WORKFORCE RATE | 0.0425 |
| WORKER HEALTH CARE RATE | 0.000 |
| WORKER T.D. RATE | 0.500 |

Based on available information, we have  determined  that you are an employer
subject to the N.J. Unemployment Compensation  Law  Under Section  19 (h) 1.

Your permanent Employer ID number is shown above and should be used on all
correspondence with this office.

You are responsible for remitting worker contributions beginning with the date as
shown above.  Failure to make proper deductions from payments to employees does not
relieve you, the employer, of this liability.  Contributions/Wage Reporting Reports
will be mailed to you in the near future.  Submit with remittance on or before the due
dates shown on the report(s).

This determination is final 15 days after the date of this notice as prescribed
in New Jersey Administrative Code 12 16-22.  If you disagree with this determination,
you must file a written request for a hearing within 15 days after the date of this
notice, directed to the Chief Auditor, sent to the attention of the Hearer of
Contested Cases.

Under separate cover, we are forwarding additional informational materials,
including information on employer and worker contributions to the Workforce
Development Fund and Health Care Fund.

The Supervisor of
Status Determinations

Ph: 609-633-6400
Ext. 2206



**State of New Jersey**
Department of Labor and Workforce Development
Office of Special Compensation Funds
CN 399
Trenton, New Jersey 08625-0399

# IMPORTANT NOTICE TO EMPLOYERS

## COMPULSORY WORKERS' COMPENSATION INSURANCE

### As an employer subject to the New Jersey Unemployment Compensation Law (N.J.S.A. 43:21-1 et seq.), you are required to provide workers' compensation or employer's liability insurance coverage.

The New Jersey Workers' Compensation Law (N.J.S.A. 34:15-7 et seq.) requires that every employer, except the state, a municipality, county or school district shall make sufficient provision for the complete payment of any obligation which it may incur to an injured employee or his dependents by one of the two methods described below.

### Insurance Through Authorized Carrier

Every employer not operating as a "self-insurer", as described below, must obtain and maintain a policy of workers' compensation or employer's liability insurance covering its employees through a stock company or mutual association authorized to write such insurance in New Jersey.

If you have not already done so, you should immediately contact your insurance broker or agent to obtain workers' compensation or employer's liability insurance for your employees.

### Self-Insurance

Any employer desiring to carry its own workers' compensation or employer's liability insurance ("self-insurer") may make application to the Commissioner of Insurance showing its financial ability to pay compensation and the permanence of the business. The Commissioner of Insurance, where its deemed appropriate may also require the establishment of a reserve fund by the employer or the posting of a surety bond for the purpose of discharging its liability under the statute.

If you are interested in self-insurance, you should write for additional information and an application to: Department of Insurance, CN-325, Trenton, New Jersey 08625-0325.

### FAILURE TO PROVIDE INSURANCE

Any employer who fails to provide workers' compensation or employer's liability insurance as required by the law shall be guilty of a disorderly persons offense and, where such failure is willful, a crime of the fourth degree. Further, an assessment of up to $1,000.00 will be levied when such failure exceeds 20 days, and an additional assessment of up to $1,000.00 will be levied for each period of 10 days thereafter.

Where the employer is a corporation, the president, secretary, and the treasurer thereof who are actively engaged in the corporate business shall be liable for failure to secure the required insurance.

Questions concerning this notice should be directed, in writing, to the Office of Special Compensation Funds, at the address shown above. Do not direct such questions to the Employer Status Section, Division of Employer Accounts.

SCF-500A (R 10-04)



**STATE OF NEW JERSEY**
**DEPARTMENT OF COMMUNITY AFFAIRS**
**DIVISION OF FIRE SAFETY**

## LIFE HAZARD USE CERTIFICATE OF REGISTRATION

ISSUED:     04/25/06

OWNER NO:     F-202529399

REGISTRATION NO:     0102-41554-034-01

NIKKI BEACH ATLANTIC CITY LLC                    RENDEZVOUS TOWER HOTEL ROOMS
157 S CHALFONTE                                  1133 BOARDWALK
ATLANTIC CITY NJ 08401                           ATLANTIC CITY NJ

BUILDING HEIGHT:                         NUMBER OF STORIES:

USE TYPE CODE:    BH02     DESCRIPTION:    HOTELS, MOTELS AND RETREAT LODGING
                                          FACILITIES WHICH EXCEED FIVE STOR-
                                          IES, AND WHICH HAVE 100 ROOMS OR
                                          MORE, WITH ANY INTERIOR EXIT-WAYS.

LEA CODE:    0102001

THE LAW REQUIRES THAT THIS CERTIFICATE OF REGISTRATION BE POSTED IN A CONSPICUOUS LOCATION IN THE REGISTERED PREMISES BUT ONLY UPON SUBSEQUENT RECEIPT OF A CERTIFICATE OF INSPECTION.

THIS CERTIFICATE IS NOT TRANSFERRABLE. IN THE CASE OF ANY TRANSFER OF TITLE, IT SHALL BE THE DUTY OF THE NEW OWNER(S) TO FILE WITH THE COMMISSIONER WITHIN THIRTY DAYS OF SUCH TRANSFER AN APPLICATION FOR A NEW CERTIFICATE OF REGISTRATION. IN THE CASE OF ANY CHANGE IN INFORMATION PROVIDED ON THE REGISTRATION APPLICATION FORM, IT SHALL BE THE DUTY OF THE OWNER TO NOTIFY THE DEPARTMENT OF COMMUNITY AFFAIRS WITHIN THIRTY DAYS OF SUCH CHANGE.

FAILURE TO COMPLY WITH THESE REQUIREMENTS CONSTITUTES A VIOLATION OF P.L. 1983, c.383 OF THE LAWS OF NEW JERSEY AND SUBJECTS THE PARTY SO VIOLATING TO THE PENALTIES THEREIN.

COMMISSIONER OF COMMUNITY AFFAIRS
SUSAN BASS LEVIN

OWNER COPY

Taxpayer Identification# 202-529-399/000                03/23/05

Dear Business Representative:

Congratulations! You are now registered with the New Jersey Division of Revenue.

Use the Taxpayer Identification Number listed above on all correspondence with the Divisions of Revenue and Taxation, as well as with the Department of Labor (if the business is subject to unemployment withholdings). Your tax returns and payments will be filed under this number, and you will be able to access information about your account by referencing it.

Additionally, please note that State law requires all contractors and subcontractors with Public agencies to provide proof of their registration with the Division of Revenue. The law also amended Section 92 of the Casino Control Act, which deals with the casino service industry.

We have attached a Proof of Registration Certificate for your use. To comply with the law, if you are currently under contract or entering into a contract with a State agency, you must provide a copy of the certificate to the contracting agency.

If you have any questions or require more information, feel free to call our Registration Hotline at (609)292-1730.

I wish you continued success in your business endeavors.

Sincerely,

*John E. Tully, CPA*
John E. Tully, CPA
Director

---

### STATE OF NEW JERSEY
### BUSINESS REGISTRATION CERTIFICATE

DEPARTMENT OF TREASURY/
DIVISION OF REVENUE
PO BOX 252
TRENTON, N J 08646-0252

TAXPAYER NAME:

**NIKKI BEACH ATLANTIC CITY, LLC**

ADDRESS:

**1133 BOARDWALK
ATLANTIC CITY NJ 08401**
EFFECTIVE DATE:

03/04/05

TRADE NAME:

NIKKI BEACH-PENROD'S ELBO ROOM

SEQUENCE NUMBER:

**1136875**

ISSUANCE DATE:

03/23/05

*John E. Tully*

FORM-BRC(08-01)

Director

This Certificate is NOT assignable or transferable. It must be conspicuously displayed at above address.

12:07 PM
11/28/05

# Nikki Beach Atlantic City
## A/P Aging Summary
### As of November 28, 2005

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Adv Comp | 0.00 | 2,713.07 | 2,713.07 | 0.00 | 0.00 | 5,426.14 |
| Atlantic City Electric | 0.00 | 0.00 | 309.51 | 211.90 | 0.00 | 521.41 |
| Big Picture Productions | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 1,500.00 |
| Black Tiger Company Inc | 0.00 | 0.00 | 0.00 | 1,313.06 | 9,189.06 | 10,502.12 |
| Boardwalk Belle | 0.00 | 0.00 | 0.00 | 171.48 | 0.00 | 171.48 |
| Bruce Hanrahan | 0.00 | 0.00 | 0.00 | 1,014.51 | 0.00 | 1,014.51 |
| Bunzl | 0.00 | 0.00 | 1,200.23 | 0.00 | 42,374.96 | 43,575.19 |
| City of Atlantic City | 0.00 | 0.00 | 0.00 | -1,945.11 | 0.00 | -1,945.11 |
| Comcast | 0.00 | 0.00 | 404.98 | 227.82 | 0.00 | 632.80 |
| Conectiv Power Delivery | 0.00 | 0.00 | 0.00 | 476.18 | 0.00 | 476.18 |
| Creative Solutions & Print | 0.00 | 0.00 | 0.00 | 0.00 | 1,715.00 | 1,715.00 |
| Ecolab | 0.00 | 0.00 | 0.00 | 0.00 | 6,937.38 | 6,937.38 |
| Fairfield INN Marriiot | 0.00 | 0.00 | 235.98 | 7,543.80 | 4,061.82 | 11,841.60 |
| Family Sun Productions | 0.00 | 0.00 | 0.00 | 0.00 | 306.96 | 306.96 |
| Herzog Family LLC | 0.00 | 0.00 | 2,150.00 | 0.00 | 0.00 | 2,150.00 |
| Just Four Wheels, Inc. | 0.00 | 0.00 | 0.00 | 6,095.71 | 6,153.85 | 12,249.56 |
| Kramer Beverage Co | 0.00 | 0.00 | 1,437.50 | -374.50 | -80.00 | 983.00 |
| Light Action | 0.00 | 0.00 | 0.00 | 0.00 | 9,441.23 | 9,441.23 |
| Magic Disposal Inc. | 0.00 | 0.00 | 0.00 | 4,730.00 | 10,494.00 | 15,224.00 |
| Michael Alba | 0.00 | 0.00 | 4,000.00 | 0.00 | 0.00 | 4,000.00 |
| Mr. John | 0.00 | 0.00 | 0.00 | 0.00 | 90,502.71 | 90,502.71 |
| New Jersey Division of Taxation | 0.00 | 0.00 | 6,600.54 | 21,965.49 | 0.00 | 28,566.03 |
| Orange 32, Inc | 0.00 | 0.00 | 1,568.00 | 0.00 | 0.00 | 1,568.00 |
| ParTech | 0.00 | 0.00 | 0.00 | 0.00 | 6,600.00 | 6,600.00 |
| Pepsi Bottling Group | 0.00 | 0.00 | 0.00 | 3,255.00 | 7,174.92 | 10,429.92 |
| Plant Dynamics | 0.00 | 0.00 | 2,500.00 | 0.00 | 0.00 | 2,500.00 |
| Pro Systems, LLC. | 0.00 | 0.00 | 0.00 | 0.00 | 4,510.30 | 4,510.30 |
| Russell Ried | 0.00 | 0.00 | 0.00 | 0.00 | 2,549.90 | 2,549.90 |
| Sandson & Delucry, LLC. | 0.00 | 0.00 | 198.58 | 0.00 | 92,893.71 | 93,092.29 |
| Sapphire Logistics Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 7,375.00 | 7,375.00 |
| Scott Silver | 0.00 | 0.00 | 0.00 | 0.00 | 4,051.25 | 4,051.25 |
| Seashore Fruit & Produce Co.,INC. | 0.00 | 0.00 | 0.00 | 1,771.30 | 3,873.19 | 5,644.49 |
| Southern Maryland Sanitation | 0.00 | 0.00 | 0.00 | 22,836.24 | 0.00 | 22,836.24 |
| Standard Funding Corp | 0.00 | 36,963.30 | 36,963.30 | 36,963.30 | 0.00 | 110,889.90 |
| Stewarts Mobile Concepts, LTD | 0.00 | 0.00 | 0.00 | 0.00 | 163,410.80 | 163,410.80 |
| US Foodservice | 0.00 | 0.00 | 0.00 | 839.37 | 8,780.56 | 9,619.93 |
| Wildwood Linen Supply | 0.00 | 0.00 | 249.30 | 1,776.74 | 2,202.75 | 4,228.79 |
| **TOTAL** | 0.00 | 39,676.37 | 60,530.99 | 108,872.29 | 486,019.35 | 695,099.00 |



# MOBILE KITCHEN RENTALS

**SPECIAL EVENTS · CONCESSIONS · KITCHEN RENOVATIONS · TOURS · EMERGENCY SITUATIONS**

## PRICING

**Mobile Kitchen Rental Rates:**

Small Mobile Kitchens  24' to 28' units

$3,600 Per Week
$7,000 Per Month
$6,000 Per Month (3-6 months)
$5,500 Per Month (6 months +)

Medium Mobile Kitchens 36' to 40' units

$4,500 Per Week
$7,500 Per Month
$7,000 Per Month (3-6 months)
$6,500 Per Month (6 months +)

Large Mobile Kitchens 48' to 53' units

$5,000 Per Week
$8,500 Per Month (up to 6 months)
$8,000 Per Month (6 months +)

Please call for longer term rates

Recommended kitchen size depends on the difficulty of your menu and the volume of meals to be served. Please call and let our experts help you in selecting the best kitchen to suit your needs.

**Round Trip Delivery/Return**
 $1.50 per mile

**Technical Staff** also available for stand by as needed. Please call for rates.

You will need to supply Electricity, LP Gas Supply, FreshWater Supply and Waste Water Removal.

**Support Trailer Rental Rates:**
Food Preparation Trailers (48' x 8' or 53' x 8' units available)
 $5,500 - $6,500 Per Month depending upon unit selected

Dishwashing Trailer (40' x 8' unit)
 $6,000 Per Month

**Round Trip Delivery/Return**
 $1.50 per mile

All trailers require a refundable security/cleaning deposit.

**Please call for pricing on any of the following rentals:**
Walk-in Refrigerators and Freezers, Mobile Showers, Mobile Bathrooms, Generators, and Dining Facilities.

**845 East Jericho Turnpike · Huntington Station, New York 11746**
**Phone (800) 919-9261   New York Area (631) 351-6030    Fax (631) 351-1587**
**Website: www.stewartsmobile.com**

## 40 FOOT KITCHEN Self Contained





**Specifications**

*Size*
- 24' Long (In folding halves)
- 20' Box size
- 8' Wide
- 7' Ceiling height

*Interior Finish*
- Paneled walls
- Vinyl tile floors
- Gypsum ceiling

*Electric*
- Fluorescent ceiling lights
- Breaker panel

*Windows/Door*
- Horizontal slider windows
- Vision panel door with standard lock

*Heating and Cooling*
- Electric baseboard heat
- Thru-wall AC Unit

*Exterior Finish/Frame*
- Aluminum siding
- I-Beam frame
- Standard drip rail gutters

Additional floor plans available.  Floor plans and specifications may vary from those shown and are subject to in-stock availability.

## Specifications

**Size**
- 32' long (including hitch)
- 28' box size
- 8' wide
- 7' ceiling height

**Interior Finish**
- Paneled walls
- Vinyl tile floors
- Drop ceiling
- Private office
- Wide open shell

**Electric**
- Fluorescent ceiling lights
- Breaker panel

**Furniture**
- Two built-in desks with file cabinets
- One built-in plan table
- Overhead shelf

**Windows/Doors**
- Horizontal slider windows
- Two vision panel doors with standard locks

**Heating and Cooling**
- Electric baseboard heat
- Thru-wall A/C unit

**Exterior Finish/Frame**
- Aluminum siding
- I-beam frame
- Standard drip rail gutters

Additional floor plans available. Floor plans and specifications may vary from floor plan shown and are subject to in-stock availability.

8'-0"

28'-0"

FILE

CLOSET

FILE



## Specifications

### Size
- 36' Long (including hitch)
- 32' Box size
- 10' Wide
- 8' Ceiling height

### Interior Finish
- Paneled walls
- Vinyl tile floors
- One open cubicle
- Private office
- Wide open shell available

### Furniture
- Two built-in desks with file cabinets
- One built-in plan table
- Overhead shelf

### Electric
- Fluorescent ceiling lights
- Recessed panel

### Windows/Doors
- Horizontal slider windows
- Two wood panel doors with abraded locks

### Heating and Cooling
- Central HVAC or through-wall A/C

### Exterior Finish/Frame
- Aluminum siding
- I-beam frame
- Standard drop tail gutters

Additional floor plans available. Floor plans and specifications may vary from those shown and are subject to market availability.

# Stewart's Mobile Concepts, Ltd.
## 845 East Jericho Turnpike
## Huntington Station, NY 11746
## P (631) 351-6030
## F (631) 351-1587

Invoice to:
Nikki Beach Atlantic City, LLC
1 Ocean Drive
Miami Beach, FL 33139

Contact: Danielle Houser
Telephone #: (305) 538-1111
Fax #: (305) 534-8937

|  | **Lease Invoice** | |
|---|---|---|
| Invoice #: | 701-05 |
| Date: | 4/6/05 |
| Job #: | 701-05 |
| Purchase Order #: | |

Deliver to:  Resorts International
Hotel & Casino
1133 Boardwalk
Atlantic City, NJ 08401

Delivery Date:     approx. May 1, 2005
Pick-up Date:      Sept. 30, 2005
Deliver Via:       Transporter

Terms: NET DUE UPON RECEIPT OF INVOICE

| ITEM # | DESCRIPTION | LEASE RATE |
|---|---|---|
| 1. | Mobile Kitchen 48' x 8' (K-283 Model) | |
| 2. | Mobile Kitchen 48' x 8' (Kentucky Model) | |
| 3. | Dishwashing Trailer 40' x 8' | |
| | Ramp and Staircase systems for (2) kitchen trailers (Not ADA Compliant) | |
| | - 1st month lease payment Dates: 5/1/05 – 5/31/05 | $22,700.00 |
| | Round-trip Delivery and Return for items 1, 2, 3 (Atlantic City, NJ) | $7,000.00 |
| | Technical Support | $2,500.00 |
| | | |
| 4. | 8' x 20' Combination Walk-in Cooler/Freezer | |
| 5. | 8' x 20' Walk-in Cooler- 1st and last month's lease payments | |
| | Dates: 4/21/05 – 5/20/05 and 8/21/05 - 9/20/05 | $6,000.00 |
| | Round-trip Delivery and Return for items 4, 5 (Atlantic City, NJ) | $3,332.00 |
| | | |
| 6. | 20' x 24' Compact Kitchen | |
| | - 1st month lease payment Dates: 5/1/05 – 5/31/05 | |
| | Also Included: Round-trip Delivery/Return, (1) set of steps | |
| | and Technical Support | $19,000.00 |
| | | |
| 7. | 36' x 10' Office/Greenroom Trailer (32 x 10 box size) | |
| | - 1st month's lease payment  Dates: 4/21/05 – 5/20/05 | $600.00 |
| | Round-trip Delivery and Return | $752.00 |
| | Block, Level, and Knockdown | $690.00 |
| | (2) OSHA Approved Aluminum Steps | |
| | - 1st month's lease payment  Dates: 4/21/05 – 5/20/05 | $45.00 |
| | (6) Anchor Installation (per anchor) @ $95.00 each | $510.00 |
| | (6) Anchor Removal (per anchor) @ $35.00 each | $210.00 |
| | Ins. Liability waiver (standard) | $15.00 |
| | Ins. Property waiver (9 & 10 wide) | $40.00 |

|  | Sub Total | $63,394.00 |
|---|---|---|
| 6% (Atlantic City, NJ) Tax | $3,803.64 |
| | Total | $67,197.64 |

Page 1 of 2

Security/Cleaning Deposit (Refundable)                                        $30,000.00
                                              Balance Due    $97,197.64

Duration of Usage: 5 Month minimum lease.

Clarifications:
1. Delivery is based on clear access to site for truck and unit to truck set unit. Delivery dates and times subject to permitting process, weather and holiday restrictions. Waiting time due to customer delay assessed after first half hour.
2. Anchor Removal does not include Asphalt Repair.
3. Block and level consists of dry stacked block set on grade, single tier. Prices based on firm, level site.

You will need to provide potable water, gray water removal, electricity, LP Gas supply connections and any appropriate site preparations, footings, steps, ramps, and decking unless specifically stated.

*Client responsible for all permits, licenses and fees.*

Payment not received by the 30th day after invoice date will accrue interest of 1.5% per month.

Mail Remittance to:
Stewart's Mobile Concepts, Ltd.
845 East Jericho Turnpike
Huntington Station, NY 11746

Wire Transfer of Funds Information:
Chase Bank
55 West Jericho Turnpike
Huntington Station, NY 11746
Phone (631) 549-3927
Account Name- Stewart's Mobile Concepts, Ltd.
Bank ABA Routing # 021000021
Account # 829500111265

Your bank will have the proper forms for you to do the transfer.

Page 2 of 2

# Stewart's Mobile Concepts, Ltd.
### 845 East Jericho Turnpike
### Huntington Station, NY 11746
### P (631) 351-6030
### F (631) 351-1587
### www.stewartsmobile.com

## Lease Quote

**DATE:** April 7, 2005

**TO:**   Tim Hughes                                  **Telephone #:** (954) 602-8750
      Nikki Beach Atlantic City, LLC           **Fax #:** (954) 602-8757
      1 Ocean Drive
      Miami Beach, FL 33139

**From:** Keith Futerman
        Director of Sales

**RE:**    Office Trailer and Dry Storage Trailer Lease Quotes
         Expiration of Offering: May 6, 2005

Thank you for inquiring into our lease program. The following will detail our offering:

| DESCRIPTION | (5 Month LEASE RATE) |
|---|---|
| **(Option 1)** 20 x 8 Storage Trailer (16 x 8 box size) per enclosed floorplan | $300.00 per month |
| Delivery Freight | $270.00 |
| Block and Level | $250.00 |
| Knockdown | $195.00 |
| Return Frieght | $270.00 |
| | |
| OSHA Approved Aluminum Steps | $45.00 per month |
| (4) Anchor Installation (per anchor) | $95.00 each |
| (4) Anchor Removal (per anchor) | $35.00 each |
| Ins. Liability waiver (standard) | $15.00 |
| Ins. Property waiver (8 wide) | $25.00 |
| | |
| **(Option 2)** 32 x 8 Office/Greenroom Trailer (28 x 8 box size) per enclosed floorplan | $420.00 per month |
| Delivery Freight | $270.00 |
| Block and Level | $315.00 |
| Knockdown | $250.00 |
| Return Frieght | $270.00 |
| | |
| (2) OSHA Approved Aluminum Steps | $45.00 per month |
| (4) Anchor Installation (per anchor) | $95.00 each |
| (4) Anchor Removal (per anchor) | $35.00 each |
| Ins. Liability waiver (standard) | $15.00 |
| Ins. Property waiver (8 wide) | $25.00 |

**(Option 3)** 36 x 10 Office/Greenroom Trailer (32 x 10 box size)    $600.00 per month
  per enclosed floorplan

| | |
|---|---|
| Delivery Freight | $376.00 |
| Block and Level | $375.00 |
| Knockdown | $315.00 |
| Return Frieght | $376.00 |

| | |
|---|---|
| (2) OSHA Approved Aluminum Steps | $45.00 per month |
| (6) Anchor Installation (per anchor) @ $95.00 each | $510.00 Total |
| (6) Anchor Removal (per anchor) @ $35.00 each | $210.00 Total |
| Ins. Liability waiver (standard) | $15.00 |
| Ins. Property waiver (9 & 10 wide) | $40.00 |

*Above pricing does not include any applicable Atlantic City, NJ taxes.*

**Clarifications:**
1. Delivery is based on clear access to site for truck and unit to truck set unit. Delivery dates and times subject to permiting process, weather and holidy restrictions. Waiting time due to customer delay assessed after first half hour.
2. Anchor Removal does not include Asphalt Repair.
3. Block and level consists of dry stacked block set on grade, single tier. Prices based on firm, level site.
4. I will___ will not____ require a bathroom. Please be unit specific.

**Duration of Usage:** 5-month minimum    **Start Date:** April 18, 2005

Permits, footings, steps, site preparation, electrical and plumbing connections are not included in the quoted price unless specifically stated.

Guarantee: Equipment reserved on first money received basis and subject to availability. Client responsible for all permits, licenses and fees.

## Stewart's Mobile Concepts, Ltd.
## EQUIPMENT RENTAL AGREEMENT

### LESSEE

FULL LEGAL NAME OF LESSEE:    Nikki Beach Atlantic City, LLC

BILLING ADDRESS:              1 Ocean Drive
                              Miami Beach, FL 33139

EQUIPMENT DELIVERY LOCATION: Resorts International Hotel & Casino
                              1133 Boardwalk
                              Atlantic City, NJ 08401

PHONE: (305) 538-1111                    FAX: (305) 534-8937

### LESSOR

STEWART'S MOBILE CONCEPTS, Ltd.
845 East Jericho Turnpike
Huntington Station, NY  11746
Phone: (631) 351-6030   Fax: (631) 351-1587

In Consideration of the covenants and conditions contained herein, Stewart's Mobile Concepts, Ltd. ("Lessor") and Nikki Beach Atlantic City, LLC ("Lessee") agree as follows:

1.    **Leased Equipment:** Lessor agrees to lease and Lessee agrees to accept the following leased equipment; hereafter collectively referred to as the "Leased Equipment" or the "Equipment".

| QUANTITY | EQUIPMENT DESCRIPTION |
|---|---|
| 1 | 48 FT. Kentucky Model Mobile Kitchen |
| 1 | 48 FT. K-283 Model Mobile Kitchen |
| 1 | 20' x 24' Compact Kitchen |
| 1 | 40 FT. Dishwashing Trailer |
| 1 | 8' x 20' Combination Walk-in Cooler/Freezer |
| 1 | 8' x 20' Walk-in Cooler |
| 1 | 36' x 10' Office/Greenroom Trailer |
| 2 | Ramp & Staircase Systems for (2) kitchen trailers (Not ADA Compliant) |

2.    **Term:** 5 month minimum, commencing upon delivery of the 48 FT. Kentucky Model Mobile Kitchen on or about May 2, 2005, the 48 FT. K-283 Model Mobile Kitchen on or

Page 1 of 5

about May 6, 2005, the 20' x 24' Compact Kitchen on or about May 2, 2005, the 40 FT. Dishwashing Trailer, 36' x 10' Office/Greenroom Trailer, 8' x 20' Combination Walk-in Cooler/Freezer, and 8' x 20' Walk-in Cooler on or about April 28, 2005 to the Location indicated above. The lease will expire September 30, 2005.

3.    Rent: Rent shall be $45,345.00 per month for 5 months (plus applicable state and local taxes).  The total estimated amount of rent to be charged for the use of the Leased Equipment based on the term specified in paragraph 2 shall be $226,725.00 (plus applicable state and local taxes).

4.    Security/Cleaning Deposit: Upon the signing of this Agreement, Lessee shall pay to Lessor a Security/Cleaning Deposit of $30,000.00.  Lessor shall retain the Security/Cleaning Deposit as security for the performance by Lessee of all obligations imposed by this Agreement. Lessor may, at its option, apply all or any portion of the Security Deposit with respect to any violation of this Agreement by Lessee, including cleaning and repair of equipment upon its return or pick up by Lessor. Any portion of the Security Deposit that has not been appropriated by the Lessor in accordance with the provisions of this Agreement must be returned to Lessee within thirty (30) days after the expiration of the term of this Agreement.

5.    Payments:
A.  Upon signing of this agreement, Lessee shall make the following payments:
   1.    Security/Cleaning Deposit          $30,000.00
   2.    First Month's Rent for:
         48 FT. Kentucky Model Mobile Kitchen
         48 FT. K-283 Model Mobile Kitchen
         20' x 24' Compact Kitchen
         40 FT. Dishwashing Trailer
         36' x 10' Office/Greenroom Trailer
         (2) OSHA Approved Aluminum Steps    $42,345.00 (plus any applicable sales tax)
   3.    First and Last Month's Rent for:
         8' x 20' Combination Walk-in Cooler/Freezer
         8' x 20' Walk-in Cooler              $6,000.00 (plus any applicable sales tax)
   4.    Additional Charges:
         a.  Round Trip Delivery/Return       $11,084.00 (plus any applicable sales tax)
         b.  Technical Support                $2,500.00 (plus any applicable sales tax)
         c.  (6) Anchor Installation for 36'x10'   $510.00 (plus any applicable sales tax)
         d.  (6) Anchor Removal for 36'x10'      $210.00 (plus any applicable sales tax)
         e.  Ins. Liability waiver for 36'x10'     $15.00 (plus any applicable sales tax)
         f.  Ins. Property waiver for 36'x10'      $40.00 (plus any applicable sales tax)
         g.  Block, Level, and Knockdown
             for the 36' x 10' Office/Green Room  $690.00 (plus any applicable sales tax)

B.  Monthly Payments: All monthly rental payments shall be made in advance of that month's rental usage, on the twenty-fifth (25th) day of each month. If a payment is made anytime after invoice due date, in addition to the monthly rent a late fee of four percent (4%) shall be imposed.

6.    Cancellation: In the Event Lessee decides not to accept delivery of the Leased Equipment and notifies Lessor in writing, then Lessee shall receive a refund of its security deposit less any expenses incurred by Lessor. In addition Lessor shall be entitled to retain 2 month's rent as liquidated damages.

7.    Lessee's Option to Extend: Lessee shall be entitled to extend the term of this lease pursuant to paragraph 2, for a period of up to 18 months, upon the following terms:

A. Lessee must notify Lessor in writing no later than 60 days prior to the expiration prior to the term of the lease. The monthly rental shall be $46,345.00 per month in the event that Lessee renews for a period of 3 months or less. The monthly rent shall be $45,345.00 per month in the event that Lessee renews for a period of more than 3 months.

8.    **Use/Maintenance:** During the term of this Agreement, Lessee agrees to use the Leased Equipment for the ordinary and usual purpose for which it was designed, comply with and conform to all national, state, municipal laws and regulations, pay for permits, taxes, fees, fuel and utilities related to the operation of the Leased Equipment, keep the Leased Equipment in good condition, repair and working order, and not remove the Leased Equipment from the location delivered to by Lessor, without prior written consent of Lessor. Lessor agrees to reasonably make changes or modifications to only the mobile kitchens, compact kitchen, and dishwashing trailer collectively, not to exceed (four thousand) $4,000.00 in order to meet Atlantic City Board of Health requirements. Lessee agrees to pay for any changes or modifications in excess of (four thousand $4,000.00). Lessor agrees to perform the changes or modifications within a reasonable amount of time upon receipt of written notice from Lessee.

9.    **Return of Leased Equipment:** At the expiration of the term of this Agreement, the Lessee must allow Lessor to pick-up the Leased Equipment at the place of original delivery. Lessee must surrender the Leased Equipment in the same condition as received, clean, ordinary wear and tear alone excepted. In the event the equipment is not returned clean, Lessor, may, at its option, apply all or any portion of the Security/Cleaning Deposit with respect to cleaning and repair of equipment.

10.    **Indemnity:** Lessee agrees to indemnify and hold harmless of, from and against any and all loss, claims, damages, attorneys fees, expenses and liabilities arising out of the use of the Leased Equipment by Lessee or any agents, employees, invitees or any other individual or entity authorized by Lessee to use the Leased Equipment, not caused by the negligence of Lessor.

11.    **Insurance:** Before taking possession of the Leased Equipment, Lessee must procure and pay for (a) insurance against loss, theft or damage to the Leased Equipment, for its full replacement value, and (b) public liability and property damage insurance. Public liability and property damage insurance shall be in the minimum amount of $1,000,000. Lessee shall be responsible for the payment of any deductibles and expenses associated with the insurance policies and coverage. All insurance shall be in a form and amount and with companies satisfactory to Lessor and shall contain an endorsement requiring 10 days notice to Lessor prior to cancellation. Lessee shall deliver the polices or copies of the polices or certificates of insurance to Lessor within 30 days of the delivery of the Equipment.

12.    **Loss or Damage:** Lessee assumes and shall bear the entire risk of loss, theft, fire, destruction, or damage of or any part of Leased Equipment from any cause whatsoever excluding lessor negligence, normal wear and tear excluded, whether or not covered by insurance, and no such loss shall release Lessee of its obligations under this Agreement.

13.    **Force Majeure:** If Lessor's ability to perform its obligations hereunder is limited, or prevented in whole or in part by any reason what so ever not within the control of Lessor including, without limitation, Acts of God, war invasion, acts of foreign enemy, hostilities (whether war be declared or not), strikes, and/or industrial dispute, delay on part of its suppliers, transportation delays, or by any law, regulation, order or other action by any public authority, shall be excused, discharged and released from performance to the extent such performance is so limited, delayed or prevented.

14.    **Prohibition on Transfer of Lessee's Interest:** Lessee shall not permit any lien to attach to the Leased Equipment, nor sublease, rent, assign, grant a security interest or otherwise transfer Lessee's interest in the Leased Equipment or this Agreement without the prior, express written consent of the Lessor.

15.  **Title/Personal Property:** The Leased Equipment is, and shall remain at all times, the property of Lessor, and Lessee shall have no right, title or interest in the Leased Equipment except as expressly set forth in this Agreement. All additions or improvements to the Leased Equipment of any kind or nature must have the written approval of Lessor before being made by Lessee and shall become component parts of the Leased Equipment and title shall immediately vest in Lessor and be governed by the terms of this Agreement.

16.  **Condition of Leased Equipment:** Lessor does not warrant the fitness, merchantability, design, condition, capacity, suitability or performance of the Leased Equipment. Lessor rents the Leased Equipment to Lessee "as is" with all faults. Lessor represents that the equipment will be delivered in working order and will make any necessary repairs within a reasonable period of time, excluding "Miscellaneous Items", during the term of the lease, provided same are not caused by the negligence of the lessee. In the event that repairs are deemed to be needed during the term of the lease, Lessee must immediately notify Lessor for the consent of any repairs (via phone, fax or in writing) and Lessor shall make all the necessary arrangements for the repair of the Leased Equipment. Lessee shall not make any arrangements for any repairs or alterations to the leased equipment without the prior consent of Lessor. Lessor may elect to make necessary repairs caused by the negligence of the lessee at lessee's expense. Lessor will not pay for the repair of "Miscellaneous Items". "Miscellaneous Items" include: leaking faucets, clogged drain lines, clogged waste pipes, clogged burners, light bulbs, and hvac filters. Lessor represents that the "Miscellaneous Items" will be in proper working order upon delivery. Lessor shall not be liable for any loss or damage. Lessee does hereby expressly waive any and all claims and demands for loss, loss of profits or other alleged consequential damages against Lessor and Lessee does further agree to save and hold harmless Lessor against any and all such claims and demands.

17.  **Default:** Lessee shall be in default under this Agreement if Lessee:

   (a)  Fails to make any payments under this Agreement within ten (10) days after the payment becomes due and payable, and written notice has also been given to Lessee.

   (b)  Fails to perform or observe any of the material terms and conditions of this Agreement.

   (c)  Becomes insolvent (however defined), ceases business, makes an assignment for the benefit of creditors or causes or suffers a petition for receiver or in bankruptcy to be filed by or against Lessee.

   (d)  Commits or fails to commit any act that results in jeopardizing the material rights of Lessor or causes Lessor to reasonably deem itself insecure in its rights.

18.  **Remedies:** If Lessee is in default under this Agreement, Lessor shall have the right to exercise the following remedies provided however, that lessee shall be given ten (10) days notice by certified mail return receipt requested to cure the default:

   (a)  Elect that the rental payments due are accelerated and the entire amount of rent become immediately due.

   (b)  Terminate this Agreement.

   (c)  Go on Lessee's property and retake the Leased Equipment without notice or legal process. Lessee waives all claims for damages and losses caused by the retaking by Lessor. Lessee agrees to pay all costs and expenses incurred by Lessor in retaking the Leased Equipment.

19.     **Business Purpose:**  Lessee applies to Lessor for rent of the Leased Equipment for commercial purposes and agrees that this Agreement is not to be construed as a consumer contract.

20.     **Filing:**  Lessee, upon request, agrees to execute any instrument necessary to the filing and recording of this agreement.

21.     **Entire Agreement:**  This Agreement contains the entire agreement between the parties relating to the Lessee's rental of the Leased Equipment.  Any changes to the terms of this Agreement shall be in writing and signed by the Lessee and Lessor.

22.     **Arbitration:**  In the event that any dispute between the parties to this Agreement cannot be settled, the matter shall be submitted to binding arbitration. The arbitration shall be conducted in accordance with the rules of the American Arbitration Association, with the prevailing party to be awarded all costs of arbitration and reasonable attorneys fees.  The arbitration shall be held in Suffolk County, New York. Any judgment upon an award may be entered in the State(s) and Count(ies) where the lessor and lessee do business.

23.     **Jurisdiction/Venue:** This Agreement shall be construed in accordance with New York law.

24.     **Notices:**  Notices under this Lease shall be in writing and shall be sent to each party at its address or fax number set forth above or, in the event of a change in any address or fax number, then to such other address or fax number as to which notice of the change is given. Notices to Lessor shall be sent to the attention of Keith Futerman or to such other person as to whom notice is given. Notices to Lessee shall be sent to the attention of Michael Register or to such other person as to whom notice is given. Notice shall be deemed given on receipt.

25.     **Miscellaneous:**   Any failure of Lessor to require strict performance of the terms of this Agreement or any waiver by Lessor of any provision of this Agreement shall not be construed as a consent or waiver of any other breach of the same or any other provision. If any portion of this Agreement is deemed invalid, it shall not affect the rest of this Agreement.  Lessee certifies that all credit information given to Lessor is true and correct and authorizes Lessor to investigate the credit worthiness of Lessee.

26.     **Binding Effect:**  This Agreement shall be binding upon Lessor only after an officer or authorized representative of Lessor signs it.  A facsimile signature shall be as binding as an original signature.

In witness whereof, each party has caused this Agreement to be executed on the date indicated below:

**LESSEE:**
Nikki Beach Atlantic City, LLC

By: _Michael Register_                Date: _4/18/05_____

Its: _General Counsel_

**LESSOR:**
Stewart's Mobile Concepts, Ltd.          Date:_____

By:_____

Its:_____

19.  **Business Purpose:** Lessee applies to Lessor for rent of the Leased Equipment for commercial purposes and agrees that this Agreement is not to be construed as a consumer contract.

20.  **Filing:** Lessee, upon request, agrees to execute any instrument necessary to the filing and recording of this agreement.

21.  **Entire Agreement:** This Agreement contains the entire agreement between the parties relating to the Lessee's rental of the Leased Equipment. Any changes to the terms of this Agreement shall be in writing and signed by the Lessee and Lessor.

22.  **Arbitration:** In the event that any dispute between the parties to this Agreement cannot be settled, the matter shall be submitted to binding arbitration. The arbitration shall be conducted in accordance with the rules of the American Arbitration Association, with the prevailing party to be awarded all costs of arbitration and reasonable attorneys fees. The arbitration shall be held in Suffolk County, New York. Any judgment upon an award may be entered in the State(s) and Count(ies) where the lessor and lessee do business.

23.  **Jurisdiction/Venue:** This Agreement shall be construed in accordance with New York law.

24.  **Notices:** Notices under this Lease shall be in writing and shall be sent to each party at its address or fax number set forth above or, in the event of a change in any address or fax number, then to such other address or fax number as to which notice of the change is given. Notices to Lessor shall be sent to the attention of Keith Futerman or to such other person as to whom notice is given. Notices to Lessee shall be sent to the attention of Michael Register or to such other person as to whom notice is given. Notice shall be deemed given on receipt.

25.  **Miscellaneous:** Any failure of Lessor to require strict performance of the terms of this Agreement or any waiver by Lessor of any provision of this Agreement shall not be construed as a consent or waiver of any other breach of the same or any other provision. If any portion of this Agreement is deemed invalid, it shall not affect the rest of this Agreement. Lessee certifies that all credit information given to Lessor is true and correct and authorizes Lessor to investigate the credit worthiness of Lessee.

26.  **Binding Effect:** This Agreement shall be binding upon Lessor only after an officer or authorized representative of Lessor signs it. A facsimile signature shall be as binding as an original signature.

In witness whereof, each party has caused this Agreement to be executed on the date indicated below:

LESSEE:
Nikki Beach Atlantic City, LLC
By: ~~[signature]~~          Date: 4/18/05
Its: General Counsel

LESSOR:
Stewart's Mobile Concepts, Ltd.
By: ~~[signature]~~          Date: 4/18/05
Its: Director of Sales

Page 5 of 5

# Fax Cover Sheet

## Stewart's Mobile Concepts, Ltd.
845 East Jericho Turnpike
Huntington Station, NY 11746
Phone (631) 351-6030 Fax (631) 351-1587
Web: www.stewartsmobile.com

To: _Michael Register_

From: _Keith Futterman_

Fax #: _305-534-7253_

# of Pages _3_ Including this page.

Special Notes:

_2nd Lease Invoice attached._

# Stewart's Mobile Concepts, Ltd.
## 845 East Jericho Turnpike
## Huntington Station, NY  11746
## P (631) 351-6030
## F (631) 351-1587

Invoice to:
Nikki Beach Atlantic City, LLC
1 Ocean Drive
Miami Beach, FL 33139

Contact: Danielle Houser
Telephone #: (305) 538-1111
Fax #: (305) 534-8937

Deliver to:    Resorts International
               Hotel & Casino
               1133 Boardwalk
               Atlantic City, NJ 08401

**Lease Invoice**
Invoice #:        702-05
Date:             5/12/05
Job #:            702-05
Purchase Order #:

Delivery Date:    approx. May 1, 2005
Pick-up Date:     Sept. 30, 2005
Deliver Via:      Transporter

Terms: Payment Due 5/25/05

| ITEM # | DESCRIPTION | Amount |
|---|---|---|
| 1. | Mobile Kitchen 48' x 8' (K-283 Model) | |
| 2. | Mobile Kitchen 48' x 8' (Kentucky Model) | |
| 3. | Dishwashing Trailer 40' x 8' | |
| | Ramp and Staircase systems for (2) kitchen trailers (Not ADA Compliant) | |
| | - 2nd month lease payment Dates: 6/1/05 – 6/30/05 | $22,700.00 |
| 4. | 8' x 20' Combination Walk-in Cooler/Freezer | |
| 5. | 8' x 20' Walk-in Cooler | |
| | -2nd month's lease payment Dates: 5/21/05 – 6/20/05 | $3,000.00 |
| 6. | 20' x 24' Compact Kitchen | |
| | - 2nd month lease payment Dates: 6/1/05 – 6/30/05 | $19,000.00 |
| 7. | 36' x 10' Office/Greenroom Trailer (32 x 10 box size) | |
| | - 2nd month's lease payment Dates: 5/21/05 – 6/20/05 | $600.00 |
| | (2) OSHA Approved Aluminum Steps | $90.00 |
| | Ins. Liability waiver (standard) | $15.00 |
| | Ins. Property waiver (9 & 10 wide) | $40.00 |

|  |  |
|---|---|
| Sub Total | $45,445.00 |
| 6% (Atlantic City, NJ) Tax | $2,726.70 |
| **Balance Due** | **$48,171.70** |

Duration of Usage: 5 Month minimum lease.

*Client responsible for all permits, licenses and fees.*

Payment not received by the 30th day after invoice date will accrue interest of 1.5% per month.

Page 1 of 2

## Michael Register

| | |
|---|---|
| **From:** | keith@stewartsmobile.com |
| **Sent:** | Friday, April 08, 2005 1:57 AM |
| **To:** | timh@nikkimarina.com; michael@penrods.com; Mike Penrod |
| **Subject:** | Office/Green Room and Dry storage Trailers Quote and Floor Plans |
| **Attachments:** | Lease Quote-NikkiBeach2.pdf; 36x10moboffice.pdf; 32x8moboffice.pdf; 24x8moboffice.pdf |

Tim, Mike, and Michael,

Please review/print/save the attached 4 PDF docs.  Please call with any questions.

Keith


Keith Futerman
Stewart's Mobile Concepts, Ltd.
845 East Jericho Turnpike
Huntington Station, NY 11746
Toll Free 800-919-9261
P 631-351-6030
F 631-351-1587
Cell 516-551-8865
Email: keith@stewartsmobile.com
"MOBILE KITCHEN RENTALS AND SUPPORT SERVICES FROM COAST TO COAST"
Website: http://www.stewartsmobile.com

## Specifications

**Size**
- 24' Long (including hitch)
- 20' Box size
- 8' Wide
- 7' Ceiling height

**Interior Finish**
- Paneled walls
- Vinyl tile floors
- Gypsum ceiling

**Electric**
- Fluorescent ceiling lights
- Breaker panel

**Windows/Door**
- Horizontal slider windows
- Vision panel door with standard lock

**Heating and Cooling**
- Electric baseboard heat
- Thru-wall AC/Heat

**Exterior Finish/Frame**
- Alter trim siding
- I-Beam frame
- Standard drip rail gutters



7' – 9"

20' – 0"

Additional floor plans available.  Floor plans and specifications may vary from those shown and are subject to in-stock availability.



08/17/05

2:33 PM

Miami Beach Atlantic City

## Vendor QuickReport
### All Transactions

| Type | Date | Num | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| **Stewarts Mobile Concepts, LTD** | | | | | | | |
| Bill | 5/12/2005 | 702-05 | | 2000 · Accounts Payable | | 6172 · Trailer Rental - Kitchen | -48,171.70 |
| Bill | 6/12/2005 | 703-05 | | 2000 · Accounts Payable | | 6172 · Trailer Rental - Kitchen | -48,171.70 |
| Bill | 7/1/2005 | 704-05 | 3rd month | 2000 · Accounts Payable | | 6172 · Trailer Rental - Kitchen | -48,171.70 |
| Bill | 7/5/2005 | 1266 | July rental of kitchens | 1018 · Disbursement Account 6180 | | 2000 · Accounts Payable | -5,000.00 |
| Bill Pmt -Check | 7/29/2005 | 706-05 | CHECK # 1266 | 2000 · Accounts Payable | X | 6172 · Trailer Rental - Kitchen | -8,904.06 |
| Bill | 8/1/2005 | 705-05 | | 2000 · Accounts Payable | | 6172 · Trailer Rental - Kitchen | -44,991.70 |

L-109 (7/03)

New Jersey Division of Revenue

## CERTIFICATE of CANCELLATION
### Limited Liability Company
( Title NJSA 42 )



```
FILED
JUL 1 1 2006
STATE TREASURER
```

This form may be used to cancel a Certificate of Formation of a Limited Liability Company on file with the Division of Revenue. Applicants must insure strict compliance with NJSA 42, the New Jersey Limited Liability Act, and insure that all applicable filing requirements are met.

1. Name of Limited Liability Company:

   Nikki Beach Atlantic City LLC

2. Business Entity Number:

   202-529-399/000

3. Date of formation:

   March 23, 2005

4. State of Formation (foreign entities only)

5. Effective date of cancellation:

6. Reasons for canceling the LLC:
   Closed for Business

The undersigned represent(s) that this filing complies with State law as detailed in NJSA 42 and that they are authorized to sign this form on behalf of the Limited Liability Company.

Signature:                                                        Date: 6/30/06

Name: John Michael Register

NJ Division of Revenue, PO Box 308, Trenton NJ 08646

DEPARTMENT OF TREASURY
Division of Revenue
Business Support Services, Commercial Recording
P.O. Box 308
Trenton, NJ  08646

07/20/2006

SHIP TO:

PENROD MANAGEMENT  GROUP
ONE OCEAN DRIVE
4TH FLOOR
MIAMI, FL 33139

Thank you for your recent work request. The following information summarizes all work requests processed and the associated fees.

If your work was rejected, it is imperative that you include this form or a copy when resubmitting corrected documents or if you are requesting a refund.
This will assist us in verifying payment and the original date the work request was submitted.  Call us at (609) 292-9292 if you have any questions regarding this notice.

1. Customer Number:  427961
2. Account Number:
3. Session Number:   1707809
4. User ID:  8
5. Comments On Work Request:

6. Number of Rejected Jobs:  0

Method of Payment: Check
Check No:  3453                          Amount:      $100.00

**Job 1 :**                              **Job Completion Status: C  CLOSED (JOB OR SESSION)**
Session Number: 1707809
Work Description: FORMDT  CERTIFICATION OF AMENDMENT AND FORMATION
Job Number:  3214019
Filing Number:  600229364
Received Date:  20-JUL-06
Entity Name:  NIKKI BEACH ATLANTIC CITY, LLC
Comments On Job:

| FEE CODE | FEE DESCRIPTION | FEE | QTY | TOTAL |
|----------|-----------------|-----|-----|-------|
| AMENDB | AMENDMENT LLC AND LP | 100.00 | 1 | $100.00 |
| | | | JOB TOTAL: | $100.00 |

COMPLETED JOB TOTAL:    $100.00

**OFFICIAL RECEIPT   * * * T H I S  I S  N O T  A  B I L L * * ***
* Please retain a copy for your records to verify check and credit card billing.          Page 1 of   1

# EXHIBIT M

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

*Northeast Case Management Center*
Catherine Shanks
Vice President
Christopher Fracassa, Yvonne L. Baglini
Assistant Vice Presidents

950 Warren Avenue, East Providence, RI 02914
telephone: 866-293-4053 facsimile: 401-435-6529
internet: http://www.adr.org/

# FAX

Date:  October 26, 2007

To

Ryan Mulvaney
Thomas Scrivo, Esq.
McElroy Deutsch Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ  07102-4079

Fax Number:  973-622-5314

L.H. S. Savola
Savola LLC
8770 Sunset Drive, #443
Miami, FL  33173

Fax Number:  305-534-7253

From:  Joyce A. Rapoza

Number of Pages:  ( 2 )

Re: 13 118 02115 06
   Stewarts Mobile Concepts, Ltd.
   and
   Nikki Beach Atlantic City, LLC and
   Penrod Management Group, Inc.


MESSAGE:  Via First Class Mail to Michael Register, Esq.

THIS FAX TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE PERSON TO WHOM IT IS ADDRESSED.  IT MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED OR OTHERWISE EXEMPT FROM DISCLOSURE.  IF YOU ARE NOT THE INTENDED RECIPIENT OR THE PERSON AUTHORIZED TO DELIVER THIS FAX TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OF THIS FAX IS PROHIBITED.  IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AT THE NUMBER LISTED ABOVE AND RETURN THE ORIGINAL FAX TO US BY FIRST CLASS MAIL AT THE ABOVE ADDRESS.

Case # 13 118 02115 06
Stewart's Mobile Concepts, Ltd.
and
Nikki Beach Atlantic City, LLC and
Penrod Management Group, Inc.

SCHEDULING ORDER #4

   Pursuant to the Commercial Arbitration Rules of the American Arbitration Association (AAA), a conference call was held on October 25, 2007.  Appearing at the hearing was Ryan Mulvaney, attorney for claimant, and Steve Savola, attorney for respondent Penrod Management Group, Inc.  After discussion, the following is now in effect:

1. Respondent agrees to stipulate that that it has produced to claimant all documents in its possession, custody or control related to the alter ego issue, such stipulation to be in form satisfactory to both parties no later than November 1, 2007.

2. Both parties shall serve their disclosure of witnesses as scheduled no later than November 1, 2007.  Respondent expects to be in possession of additional documents from non-parties it expects to call as witnesses at the hearing by November 8, 2007.  Respondent shall provide claimant copies of all such documents responsive to claimant's document request and all documents respondent may rely on at the hearing within five (5) business days of receipt of such documents by respondent.

3. Not later than November 28, 2007, the parties shall exchange copies of all exhibits to be offered, pre-marked for identification bound in a three hole punch notebook.  On that same date, the parties shall serve and file pre-hearing briefs.

4. The hearing in this matter is re-scheduled to proceed on December 3 and December 4, 2007 at 10 am, as per separate notice by the AAA.

5. Documents to be filed or submitted outside the hearing shall be given to the AAA Case Administrator for transmittal to the arbitrator. Copies of such documents shall also be sent simultaneously to the opposing party.  There shall be no direct or direct communication with the arbitrator except at scheduled conference calls and the oral hearing.

6. This order shall continue in effect unless and until amended by subsequent order.

Dated: October 25, 2007

        Cynthia Rollings
        Arbitrator