McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
88 Pine Street
24th Floor
New York, New York
Telephone: (212) 483-9490
Facsimile: (212) 483-9129
Attorneys for Defendant-Respondent,
Stewart's Mobile Concepts, Ltd.

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PENROD MANAGEMENT GROUP, INC., <br><br> Plaintiff-Petitioner, <br><br> v. <br><br> STEWART'S MOBILE CONCEPTS, LTD., <br><br> Defendant-Respondent. | Civil Action No. 07-10649 (JGK/DFE) <br><br> **CERTIFICATION OF COUNSEL IN OPPOSITION TO THE MOTION IN LIMINE BY PLAINTIFF-PETITIONER, PENROD MANAGEMENT GROUP, INC., TO EXCLUDE THE DIRECT TESTIMONY AFFIDAVIT OF BOB HISS AND EXHIBITS 14, 16 AND 51** |

I, RYAN P. MULVANEY, hereby declare, under penalty of perjury as follows:

1.     I am an attorney-at-law of the State of New Jersey, am admitted pro hac vice in this Court for purposes of this matter, and am associated with the Newark and Morristown offices of the law firm of McElroy, Deutsch, Mulvaney & Carpenter, LLP. I am one of the attorneys responsible for handling this matter of behalf of Defendant-Respondent, Stewart's Mobile Concepts, Ltd. ("SMC"), and, as such I have personal knowledge of the facts set forth herein.

2.     I make this certification in opposition to the motion in limine by Plaintiff-Petitioner, Penrod Management Group, Inc. ("PMG"), to exclude the direct testimony affidavit of Bob Hiss and exhibits 14, 16 and 51.

3.     Attached hereto as Exhibit "A" is a true and accurate copy of a deposition transcript of Michael Penrod, which was taken in a matter captioned Mr. John Inc. v. Nikki Beach Atlantic City LLC and Penrod Management Group.

I hereby certify and declare under penalty and perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.  I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

Ryan P. Mulvaney

Dated: June 13, 2008

# Exhibit A

1

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION:  MIDDLESEX COUNTY
DOCKET NO.  MID-L-6951-05

MR. JOHN, INC.,

        Plaintiff,     DEPOSITION OF,

   -vs-            MICHAEL VERNON
                      PENROD

NIKKI BEACH ATLANTIC CITY,
LLC., and PENROD MANAGEMENT
GROUP, INC.,

        Defendants.


        TRANSCRIPT of the testimony of

MICHAEL VERNON PENROD as taken by and before

SANDRA A. BYBEL, a Certified Shorthand Reporter

and Notary Public of the State of New Jersey, at

the office of McElroy, Deutsch, Mulvaney &

Carpetner, LLP, Three Gateway Center, 100 Mulberry

Street, Newark, New Jersey, on Tuesday, March 20,

2007, commencing at 1:00 o'clock in the afternoon.


REPORTING SERVICES ARRANGED THROUGH:
VERITEXT/NEW JERSEY REPORTING COMPANY
25B Vreeland Road, Suite 301
Florham Park, New Jersey 07932
Tel: (973) 410-4040   Fax: (973) 410-1313

Condensed Copy

2

1 A P P E A R A N C E S :
2
3    MC ELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
4    THREE GATEWAY CENTER
5    100 MULBERRY STREET
6    NEWARK, NEW JERSEY 07102
7    BY: RYAN MULVANEY, ESQ.
8    ATTORNEYS FOR THE PLAINTIFF
9
10    STEVEN B. SAVOLA, ESQ.
11    8770 SUNSET DRIVE #443
12    MIAMI, FLORIDA 33173
13    ATTORNEY FOR THE DEFENDANTS
14
15
16
17
18
19
20
21
22
23
24
25

---

4

1 PENROD-6      Mr. John invoice,      32
2      7/22/05
3 PENROD-7      Mr. John invoice,      32
4      8/19/05
5 PENROD-8      Mr. John invoice,      32
6      9/16/05
7 PENROD-9A      Department of Treasury,   38
8      Division of Revenue,
9      Business Support Services,
10      Commercial Recording,
11      7/20/06
12 PENROD-9B      New Jersey Division of   38
13      Revenue, Certificate of
14      Cancellation, 6/30/06
15
16
17
18
19
20
21
22
23
24
25

---

3

1          I N D E X
2
3 WITNESS          DIRECT CROSS REDIRECT RECROSS
4 MICHAEL VERNON PENROD
5 BY: MR. MULVANEY   5
6 BY: MR. SAVOLA      51
7
8
9
10
11          E X H I B I T S
12
13 NUMBER      DESCRIPTION       PAGE
14 PENROD-1      Credit Application      25
15      with Mr. John
16 PENROD-2      Agreement for Temporary   28
17      Restroom Services,
18      4/25/05
19 PENROD-3      Agreement for Temporary   28
20      Restroom Services,
21      5/3/05
22 PENROD-4      Mr. John invoice,      31
23      5/27/05
24 PENROD-5      Mr. John invoice,      32
25      6/24/05

---

5

1 MICHAEL  VERNON  PENROD,
2 100 South Point Drive, Apartment 2602,
3 Miami Beach, Florida, 33139, having
4 been duly sworn according to law, by
5 the Officer, testifies as follows:
6
7 DIRECT EXAMINATION BY MR. MULVANEY:
8    Q.    Michael, my name is Ryan Mulvaney.
9 I'm an attorney for the plaintiff, Mr. John, in a
10 lawsuit pending against Nikki Beach Atlantic City
11 and Penrod Management in Middlesex County.
12    A.    Uh-huh.
13    Q.    Have you ever been deposed before?
14    A.    Yes.
15    Q.    In the State of New Jersey?
16    A.    No.
17    Q.    The state of Florida?
18    A.    Uh-huh.
19    Q.    I will just go over some ground rules
20 with you --
21    A.    Okay.
22    Q.    -- in case they're different from
23 the State of Florida.
24    A.    Okay.
25    Q.    If you need a break at any time just

---

2 (Pages 2 to 5)

6

1 let me know. I only ask that you respond to my
2 question, if there is a question pending, before
3 taking the break.
4   A.   Yeah.
5   Q.   If you don't understand a question,
6 please let me know and I'll try and rephrase it or
7 repeat it. If you don't tell me that you don't
8 understand, then I'll assume that you do. And
9 wait, if you could, for my question to end before
10 you begin your answer it's a little bit easier for
11 the court reporter and us so we can get out of
12 here a lot quicker.
13   A.   Right.
14   Q.   Also, I'm sure you're familiar with
15 no head nods and shaking. Everything has to be
16 oral so we can accurately get your testimony.
17       The depositions in Florida, did they
18 have to do in any way with the Nikki Beach Bar in
19 Atlantic City?
20   A.   No.
21   Q.   Where did you attend college?
22   A.   I went to Tallahassee Community
23 College for about a couple of months. That was
24 it.
25   Q.   Did you receive a degree from there?

7

1   A.   No.
2   Q.   Do you have any professional
3 licenses?
4   A.   No.
5   Q.   Okay. What did you do in preparation
6 for this deposition, if anything?
7   A.   Nothing. Except with whatever Steve
8 had in the airport.
9   Q.   So you spoke with your attorney?
10   A.   Yes, I talked to the attorney.
11   Q.   Please don't disclose the
12 conversations you had, but you spoke with your
13 attorney?
14   A.   Yes.
15   Q.   And that's Mr. Savola?
16   A.   Correct.
17   Q.   Did you speak with Mr. Kennedy?
18   A.   I don't know who that is.
19   Q.   Paul Kennedy.
20       MR. SAVOLA: He's co-counsel.
21   A.   I have never met him.
22   Q.   Did you review any documents?
23   A.   With Steve, yes.
24   Q.   Did you bring those documents with
25 you today?

8

1       MR. SAVOLA: I've got a document, the
2 three documents that we produced in response to
3 request for production which are the two invoices
4 and the wire transfer.
5       MR. MULAVENY: The two contracts.
6       MR. SAVOLA: Yes.
7       MR. MULVANEY: And that's it?
8   A.   Yes.
9       MR. MULVANEY: Speaking of which, do
10 you have a complete copy of the wire transfer. I
11 think the copy that you had provided was an
12 incomplete copy. It was cut off at the bottom.
13 If we can have a complete copy of it it'd be
14 great.
15       We can take care of it later. That's
16 fine?
17       MR. SAVOLA: Okay.
18   Q.   Michael, for whom do you currently
19 work?
20   A.   I work with Penrod Brothers, Inc.
21 with -- I also have a place called The Elbow Room
22 in Fort Lauderdale and I got a salary from Penrod
23 Management Group also.
24   Q.   Is Penrod Management a subsidiary of
25 Penrod Brothers?

9

1       MR. SAVOLA: Object. Form.
2   A.   No.
3       MR. SAVOLA: Just for the record
4 purposes, if I object to the form it doesn't mean
5 that you don't answer the question. Go ahead and
6 answer the question. It just puts a notation on
7 the record so if it comes up at trial it means I
8 can address it with the judge.
9   A.   Okay. What were you asking?
10   Q.   Is Penrod Management a subsidiary of
11 Penrod Brothers?
12       MR. SAVOLA: Object.
13   A.   I don't think so. I don't know.
14   Q.   Do you receive a salary from Penrod
15 Management?
16   A.   Yes.
17   Q.   Do you have any title at Penrod
18 Management?
19   A.   No.
20   Q.   What is your title at Penrod
21 Brothers?
22   A.   I don't think I have one. I guess I
23 do marketing and stuff there. That's our property
24 in Miami Beach.
25   Q.   Okay. Does Penrod Brothers have any

3 (Pages 6 to 9)

10

1 shareholders?
2     A.     Penrod Brothers, I believe it's -- I
3 don't know.  I would think it's just my father.
4     Q.     Your father is?
5     A.     Jack Penrod.
6     Q.     Is your father also a shareholder of
7 Penrod Management?
8     A.     I believe so.
9     Q.     What are your duties and
10 responsibilities with respect to your position, I
11 guess your marketing position with Penrod
12 Brothers?
13     A.     With Penrod Brothers I work with
14 the -- with the whole marketing division, with the
15 local teams setting up events and different
16 programs and our VIP services, our Nikki TV.
17     Q.     I'm sorry.
18     A.     We have a thing called Nikki TV.
19 It's mostly Internet related or marketing.
20     Q.     Nikki TV?
21     A.     Those are my core functions here down
22 in Miami.
23     Q.     What exactly does Penrod Management
24 do?
25     A.     I'm not sure.  What's the structure

11

1 of it.  I don't know.  I'm not sure exactly what
2 it does.
3     Q.     Is it a holding company for any
4 subsidiaries?
5     A.     I don't know.
6     Q.     Do you know if it has any
7 subsidiaries?
8     A.     I wouldn't know.  I'm not on the
9 board so I'm not sure.
10     Q.     You receive a salary from Penrod
11 Management?
12     A.     Uh-huh.  Yes.
13     Q.     And you don't know what it does.
14     A.     I'm not sure exactly.  You're asking
15 me does it have subsidiaries.  I don't know any of
16 the corporate structure.
17     Q.     Do you know the function of Penrod
18 Management, what it does, who it deals with?
19     A.     I believe it's Penrod Management
20 Group.  I believe it's the group that has some of
21 the administrative functions for some of the
22 properties.
23     Q.     What administrative functions?
24     A.     Some accounting and legal.
25     Q.     Does it bill for those services?

12

1     A.     Uh-huh.  Yes, from what I
2 understand.
3     Q.     Can you describe the properties?
4     A.     I'm not sure which ones are under
5 that.  I don't handle that under Penrod Management
6 Group.
7     Q.     But there are properties under Penrod
8 Management Group?
9     A.     I believe so.
10     Q.     And by property we're talking about?
11     A.     Bars, restaurants, night clubs.
12     Q.     Was Nikki Beach Atlantic City under
13 that?
14     A.     Nikki Beach Atlantic City, when we
15 set it up, we used the administrative and legal
16 functions of them to set it up.
17     Q.     Let's talk a little bit about this
18 Nikki Beach entity.
19     A.     Okay.
20     Q.     What is it?
21     A.     What do you mean?
22          MR. SAVOLA:  Object.  Form.
23     A.     What do you mean Nikki Beach, as in
24 properties?
25     Q.     Well, you tell me.

13

1     A.     You ask the questions.  I'm not
2 clear.
3     Q.     What is Nikki Beach?
4     A.     Nikki Beach is a brand that has
5 different restaurants and night clubs and beach
6 clubs around the world.  We also throw parties and
7 events, branded Nikki Beach with different
8 partners around the world in different locations.
9     Q.     How many Nikki Beach entities are
10 there?
11          MR. SAVOLA:  Object.  Form.
12     A.     I think there's -- well, Nikki Beach
13 entities, I think there's like 12 currently.
14     Q.     Can you tell me what they are?
15     A.     Nikki Beach -- there's a Nikki Beach
16 in Miami.  There's a Nikki Midtown in New York;
17 Nikki Marina in Hollywood, Florida; Nikki Beach in
18 Cabo San Lucas, Mexico; Nikki Beach in Puerto
19 Varta; Nikki Beach Saint Barts; Nikki Beach in
20 Sardinia, Italy; Nikki Beach in San Trope; Nikki
21 Beach in Marbella; and Nikki Beach Marrakech.  So
22 I guess it's 10.
23     Q.     Are all those Nikki Beach entities
24 still operating today?
25     A.     Yes.

4 (Pages 10 to 13)

VERITEXT/NEW JERSEY REPORTING   (973) 410-4040

14

1  Q.    Do they have their own employees?
2  A.    I believe so, yes.
3  Q.    Do they prepare their own financial
4 statements?
5  A.    I'm not sure about all of them.
6 They're more of an accounting question, which I
7 don't handle.
8  Q.    Who handles the accounting issues?
9  A.    Accounting is headed up by a lady
10 named Korollan and a guy named Omar.
11  Q.    Are they Penrod Management?
12  A.    Well, they are in Penrod Management.
13 Each location has somebody.
14  Q.    Each Nikki Beach --
15  A.    Each location has a --
16  Q.    Penrod Management.
17  A.    Each location has a local
18 administrator for accounting purposes.
19  Q.    And that person is a Nikki Beach
20 employee?
21  A.    I'm pretty sure.
22  Q.    Paid --
23  A.    By that location.
24  Q.    Receiving payroll from Nikki Beach?
25  A.    From each location wherever they

15

1 work.
2  Q.    Tell me about the Nikki Marina?
3 Let's just use that one.
4  A.    Okay.
5  Q.    It's still operating?
6  A.    Correct.
7  Q.    Does it does have its own employees?
8  A.    Correct.
9  Q.    Who are the employees?
10  A.    Their names? I don't know all their
11 names. I know a guy Jerry who is the general
12 manager and a guy -- well, no, he doesn't work
13 there anymore. That's the only one I'm sure of
14 his name.
15  Q.    You said before that Penrod
16 Management provides legal and accounting services.
17 Can you describe what those services are?
18  A.    Well, for like Nikki Marina, since
19 we're talking about that.
20  Q.    Sure.
21  A.    What they do is they -- I think what
22 they do is they interact with local accountants
23 and accounts receivable to make sure that they're
24 being handled correctly. And there, I think, if
25 there's any legal problems or legal matters, they

16

1 deal with -- Penrod Management Group helps handle
2 them. They get involved, but it's very limited.
3  Q.    Did Penrod Management bill for those
4 services?
5  A.    They would, yes.
6  Q.    We'll keep it on this side for the
7 legal services. Who provided the legal services
8 of Penrod Management.
9  A.    It depends on what...
10  Q.    To any of the Nikki Beach entities?
11  A.    Like here I heard today there's a
12 local legal counsel. I don't know who he is. I
13 never met him.
14  Q.    Do you have an understanding of
15 whether he provided legal services to your local
16 Nikki Beach company here?
17  A.    The guy you mentioned earlier? I
18 imagine he did. You guys asked me if I knew him.
19 I've never met him.
20  Q.    Who at Penrod Management provided
21 legal services?
22  A.    The gentleman, Michael Register, he
23 would coordinate which lawyers you hire.
24  Q.    Who at Penrod provided the accounting
25 services?

17

1  A.    The lady named Korollan and Omar,
2 they would either handle minor things or they'd
3 hire a local, depending on what country, they'd
4 hire local accounting services. And also Michael
5 Register and Korollan handled that.
6  Q.    Did you hire local accounting
7 services in the State of New Jersey?
8  A.    Here we worked with -- we hired a --
9 brought a girl accountant, her name was Cath, I
10 don't know her last name off the top of my head.
11 She actually was our daily bookkeeper and
12 administrator, the main one. She had two girls
13 that worked with her, I think.
14  Q.    Was she an employee of Penrod
15 Management?
16  A.    No. She was an employee of Atlantic
17 City.
18  Q.    What do you mean?
19  A.    Nikki Beach Atlantic City. When I
20 came up here and set up Nikki Beach Atlantic City
21 my general manager was this guy named Bruce, and
22 like the accounting administrative lead was named
23 Cath. I don't know her last name. I think her
24 name was Catherine, but everybody calls her Cath.
25  Q.    Did Penrod Management make any

5 (Pages 14 to 17)

18

1 payments?
2    A.    To them?
3    Q.    No.  To Mr. John with respect to
4 Nikki Beach Atlantic City Bar?
5    A.    When we first were setting up
6 Atlantic City back in the beginning before we ever
7 had our offices set up, our accounts set up, they
8 wired us the money directly a wire to Mr. John for
9 us because I didn't have any accounts or anything
10 set up yet, and Mr. John had a deadline that
11 needed to be in then or we wouldn't have bathrooms
12 for the summer.
13    Q.    I'm sorry, you said "they."
14    A.    Mr. John said -- the lady that I was
15 dealing with Mr. John, I think her name is Lauren.
16    Q.    Okay.
17    A.    She -- I think that was who I was
18 dealing with too and I talked to her daily because
19 I was the one that coordinated it with Mr. John in
20 Atlantic City when I was up setting it up and they
21 needed the money right away to lock in the dates.
22 So I called down there and I had them send the
23 money from Miami to borrow the money, and I
24 believe we paid them back.
25    Q.    I'm sorry, "them" and the pronouns,

19

1 I'm getting lost.
2    A.    Sorry.  Penrod Management Group.
3    Q.    So Penrod Management Group wired
4 transferred money?
5    A.    Yes.  I believe it was a deposit so
6 we could lock in the dates with Mr. John.
7    Q.    To Mr. John?
8    A.    Correct.
9    Q.    So Penrod Management did a little bit
10 more than provide legal and accounting services?
11        MR. SAVOLA: Object to form.
12    A.    Well, they lent us the money to set
13 that up.  They set up the accounts and the bank
14 accounts and I think that's about it.
15    Q.    Let me ask you, do you know who
16 Danielle Houser is?
17    A.    I don't recall.  Where does she work?
18    Q.    Do you recognize her name as anybody
19 that worked for Penrod Management?
20    A.    Her name sounds familiar, but I don't
21 recall who she is.
22    Q.    When Nikki Beach entities, and I'll
23 use that term loosely, are formed do they apply
24 for loans on their own.
25        MR. SAVOLA: Object to form.

20

1    A.    Nikki Beach entities when we opened
2 up to different locations?
3    Q.    Take, for example, Nikki Beach
4 Marina, we'll kind of stick with that one because
5 we spoke about that one before.  When Nikki Beach
6 Marina opened did it require working capital to
7 operate?
8        MR. SAVOLA: Object.  Form.
9    A.    Each deal is different in each city
10 that I've set up different properties because I go
11 on the set up teams.  And the marina, our partner
12 is the hotel, the Weston Diplomat, and in that
13 location the partner put up the upfront running
14 capital.
15    Q.    Was there any application that had to
16 be made with the --
17    A.    I don't know.  Not to my knowledge.
18 I mean I don't know what the -- that was so long
19 ago.  Nikki Marina's been there six years.  I
20 don't recall what was set up.
21    Q.    When you opened up the Atlantic City
22 bar, was the working capital required?
23    A.    There was -- let me think.  I believe
24 the hotel it was a complicated set up there
25 because we had to set -- our partner was the

21

1 Resorts Hotel and Nikki Beach Atlantic City, but
2 with the Casino Control Commissions I remember it
3 was very complicated.  We had all these different
4 things we had to do there, so I'm not sure how the
5 money was put up for that one, for the working
6 capital, but it's usually the local partner.
7    Q.    What types of things did you have to
8 do with the Casino Control Commission?  You had
9 mentioned there were things you had to do.
10    A.    I had to sit in front of board
11 meetings and show what we were doing.  Layout
12 exactly what we planned on putting on the beach
13 because we wanted to have glassware, we wanted to
14 have concert stadium, music, food.  So we had to
15 present all that to the Casino Control Commission,
16 the federal government, and the city.  There's
17 like three or four different government bodies and
18 controlling bodies that I had to meet with for
19 months before the setup.
20    Q.    Did you have to file any applications
21 with either the city, the State of New Jersey, or
22 the Casino Control Commission?
23    A.    I believe so.  I believe we had a
24 couple of different applications.  I'm not sure
25 for what, but I remember we had quite a bit.  We

6 (Pages 18 to 21)

22

1 hired a local law firm. They handled that.
2    Q.    What was the name of the law firm?
3    A.    I don't recall off the top of my
4 head. I will have to get that.
5    Q.    Do you recall the applicant on the
6 applications that were filed --
7    A.    No.
8    Q.    -- with the various subdivisions or
9 the State of New Jersey?
10    A.    No, I don't recall.
11    Q.    Would the applicant have been Penrod
12 Management?
13    A.    No. It would have been the local
14 company, which is our local partnership.
15    Q.    So it would have been Nikki Beach
16 Atlantic City?
17    A.    It should have been.
18    Q.    That would have filed any
19 applications?
20    A.    Uh-huh. Yeah.
21    Q.    With the State of New Jersey.   When
22 you deal with creditors or vendors or suppliers,
23 the same process, were applications filled out?
24    A.    Were there? I think we had a couple
25 setup applications for food vendors, but I'm not

25

1 have local partners so we always run everything
2 out of the local entity.
3    Q.    So it's always the local entity that
4 files whatever applications that need to be filed?
5    A.    Should be.
6    Q.    Should it have to apply for a loan
7 it's usually the local --
8    A.    I don't recall ever applying for a
9 loan.
10    Q.    If it ever applies for credit would
11 it be the local entity that applies for credit?
12    A.    I believe it would be. That would be
13 something that we'd have to check with the
14 accountants.
15    Q.    And the local permits or other
16 applications that needed to be filed with the
17 local zoning office or the Casino Control
18 Commission in whatever state, would it usually be
19 the local entity that files that paperwork?
20    A.    In Atlantic City, since that's the
21 only place we've had to file with Casino Control,
22 there we had the hotel, since they're our partner,
23 they had legal counsel that directed us where to
24 go and we had then hired our own local legal
25 counsel and they handled all those documents and

23

1 sure what that entailed. The chef did that.
2    Q.    Who was the chef?
3    A.    Timothy Hughes.
4    Q.    And who did he work for?
5    A.    He worked at Nikki Beach Atlantic
6 City. But that application for food services, I
7 think it's a guarantee to pay. Like here's your
8 terms, you pay in 30 days, that kind of thing.
9 I'm not sure how detailed it is.
10    Q.    And who was that with?
11    A.    Whatever food vendors. I don't
12 remember the names. They're different up here
13 than they are from anywhere else.
14    Q.    Do you recall the applicant who would
15 have --
16    A.    No. Do I recall it? No.
17    Q.    -- who would have filed the
18 application?
19    A.    No. Actually I didn't see it. He
20 had documents because we sent them down to Miami
21 to read them.
22    Q.    Would it have been Nikki Beach
23 Atlantic City or would it have been Penrod
24 Management?
25    A.    Whenever we set up a new location we

25

1 permits and zoning. I'm not sure exactly what
2 they set up. I imagine it was for the local thing
3 since the hotel was involved with it.
4         MR. MULVANEY: I would like to mark
5 this as Penrod-1.
6
7         (Penrod-1 Credit Application
8         with Mr. John is marked for
9         identification.)
10
11    Q.    I'll show this to you. What's being
12 shown to you, P-1, appears to be a credit
13 application filed with Mr. John.
14    A.    That's Danielle Houser.
15    Q.    Have you seen that before, that
16 document?
17    A.    No.
18    Q.    Do you now recall who Danielle Houser
19 is?
20    A.    I know the name. I'm not sure where
21 she works or where she worked. I don't know if
22 she still works for any of us.
23    Q.    And it appears as though that she's
24 completed a credit application under the name of
25 Penrod Management Group with Mr. John; is that

26

1 correct?
2    A.    That's what it appears, yeah.
3    Q.    Danielle Houser, did she have the
4 authority to bind Penrod Management?
5         MR. SAVOLA:  Object to the form.
6    A.    That would be for the lawyers.  I'm
7 not even sure who she is.  I just know the name
8 from somewhere.
9    Q.    Do you know who completed this
10 application?
11   A.    It says here Danielle Houser.
12   Q.    Do you know if anybody else at Penrod
13 Management participated in compiling the
14 information that appears on that?
15   A.    I wouldn't have an idea.  I wouldn't
16 know.
17   Q.    Do you know if those are Penrod
18 Management credit references?
19   A.    Well, I know the names of these
20 vendors.  These are south Florida vendors.
21 Southern Wine & Spirits, Sysco.  I don't know who
22 they are though.
23   Q.    You do recognize those entities?
24   A.    Uh-huh.  Yes.  They're Miami based
25 vendors.

27

1    Q.    If you could just refer back to that
2 for one second.  Does that appear to be Penrod
3 Management's banking information on that credit
4 application?
5    A.    I think they used Bank of America.
6 That's where I get -- that's where -- I don't know
7 if that's a bank account number though.  I'm not
8 sure.  I don't know what it is.  I know that's
9 Bank of America.
10   Q.    And that's Penrod Management's phone
11 number and address?
12   A.    Where's the phone number.
13   Q.    305 534-7253?
14   A.    That's the fax number.
15   Q.    But that's Penrod Management's fax
16 number?
17   A.    I don't know.  I'm not sure.  But the
18 538-1111, that's actually Penrod's -- is that a
19 Penrod Management number?  I'm not sure if that's
20 what they use.  That's the location, 1 Ocean
21 Drive.  That's the night club.
22   Q.    That's the correct address for Penrod
23 Management?
24   A.    One Ocean Drive, yes.
25   Q.    And it shows that Penrod Management

28

1 was the applicant applying for credit with Mr.
2 John, correct?
3         MR. SAVOLA:  Object to form.
4    A.    That's what it appears to be.  That's
5 what she wrote.
6         MR. MULVANEY:  I'd like to mark this
7 as Penrod-2.
8
9         (Penrod-2 Agreement for
10 Temporary Restroom Services, 4/25/05
11 is marked for identification.)
12        MR. MULVANEY:  Mark this as well.
13
14        (Penrod-3 Agreement for Temporary
15 Restroom Services, 5/3/05 is marked for
16 identification.)
17
18   Q.    Do you recognize those documents?
19   A.    I was shown these this morning and I
20 think I recall seeing these a couple years ago.
21   Q.    Okay.
22   A.    But if you notice, this is before we
23 had our -- everything totally set up there because
24 I even used my cell phone as the main number.
25   Q.    Is that your cell phone or is that

29

1 your number at Penrod Management?
2    A.    It's my cell phone.  You can call it
3 and it'll ring right now.  Because we didn't have
4 the offices set up so they used my cell phone as
5 Nikki Beach Atlantic City's phone number.
6    Q.    I'm looking at --
7    A.    And since it was -- we had to set up
8 so early with Mr. John just to lock it in for the
9 summer that everything was done were they used my
10 cell phone and they called me directly.
11   Q.    When you say "we," who do you mean
12 "we."
13   A.    Well, when me dealing with I think
14 her name was Lauren when she kept talking to me
15 and she would call my cell phone directly because
16 I didn't have an office up here.  It wasn't set up
17 yet or the accounts.
18   Q.    Do you recognize that to be Mike
19 Register's signature?
20   A.    I don't know his signature, but I
21 don't know who else would sign it under Michael
22 Register.
23   Q.    That's Penrod-2.  And Penrod-3, do
24 you recognize that?
25   A.    I don't know his signature.

8 (Pages 26 to 29)

30

1    Q.    Do you have any reason to suspect
2 it's not his signature.
3    A.    I mean I wouldn't think someone else
4 would sign his name.
5    Q.    Do you recall participating in a
6 negotiation of any of these specifications on the
7 contract?
8    A.    Yes. I mean I was dealing with
9 Lauren the whole time trying to figure out the
10 right price and right units to use when I was at
11 Atlantic City.
12    Q.    And you're looking at Penrod-2. I
13 show you Penrod-3.
14    A.    I don't remember the exact --
15    Q.    The same question.
16    A.    I mean I was the one that was dealing
17 with her directly, but I don't remember the
18 numbers or if these are exactly that, but I'm sure
19 they are if that's what's in the paper.
20    Q.    And it's your contention that, and
21 correct me if I'm wrong, that the contract is
22 between Nikki Beach Atlantic City and Mr. John?
23    A.    Correct.
24    Q.    Can you point anywhere on either
25 Exhibits 2 or 3 and tell me where would it

31

1 identify Nikki Beach Atlantic City as being a
2 party to the contract?
3    A.    The events are Nikki Beach Atlantic
4 City.
5    Q.    The event is Nikki Beach Atlantic
6 City. Is there any indication of a party to that
7 contract being Nikki Beach Atlantic City, Inc.
8        MR. SAVOLA: Object to form.
9    A.    It just probably says Nikki Beach Bar
10 Atlantic City Boardwalk.
11    Q.    That's a location. Does it say -- is
12 there a party on it?
13    A.    I don't think so.
14    Q.    That identifies Nikki Beach Atlantic
15 City as the party to the contract or does it just
16 generally refer to Nikki Beach?
17        MR. SAVOLA: Object to form.
18    A.    Now that I see it it says, the top
19 part says Nikki Beach Bar Atlantic City.
20    Q.    Again that's the location. Is there
21 any indication that the party --
22    A.    It doesn't.
23        MR. MULVANEY: Let's mark these.
24
25        (Penrod-4 Mr. John invoice,

32

1        5/27/05 is marked for identification.)
2        (Penrod-5 Mr. John invoice,
3        6/24/05 is marked for identification.)
4        (Penrod-6 Mr. John invoice,
5        7/22/05 is marked for identification.)
6        (Penrod-7 Mr. John invoice,
7        8/19/05 is marked for identification.)
8        (Penrod-8 Mr. John invoice,
9        9/16/05 is marked for identification.)
10
11    Q.    I'll show you what's been marked as
12 Exhibit-4 and ask you to take a look at it.
13    A.    What was this?
14    Q.    Did you ever receive that document?
15    A.    I didn't.
16    Q.    But the document reflects that it was
17 sent to Penrod Management, correct?
18    A.    Uh-huh. Yes.
19    Q.    And it appears to be an invoice from
20 Mr. John, Incorporated.
21    A.    Yes. It's the first time I've ever
22 seen it though.
23    Q.    Do you know to whom that invoice
24 would have been sent at Penrod Management?
25    A.    It does not say here who they sent it

33

1 to.
2    Q.    Right. But in opening the mail at
3 Penrod if somebody sees an invoice where do they
4 usually ship it or to whom do they usually send it
5 to at Penrod Management?
6        MR. SAVOLA: Object to form.
7    A.    I don't know. It usually would be
8 somebody's name on it, you know, send blank
9 invoices.
10    Q.    Has anyone ever a sent a blank
11 invoice?
12    A.    I don't know.
13    Q.    Who is the accounts receivable
14 accounts payable person at Penrod Management?
15    A.    It would be -- you'd have to ask
16 Korollan, the accountant. She would know who. I
17 don't know how it's structured. I'm not in
18 accounting.
19    Q.    Do you have any information or
20 knowledge concerning these invoices?
21    A.    No. I don't handle the accounting at
22 Penrod Management, so I wouldn't know.
23    Q.    But it's your position as a
24 representative of Penrod Management that Penrod
25 Management doesn't owe anything to Mr. John.

9 (Pages 30 to 33)

34

```
1        MR. SAVOLA: Object to form.
2   Q.   Correct.
3        MR. SAVOLA: Nobody has said that he
4 is a representative of the management group.
5   A.   I work there.
6        MR. MULVANEY: Well, we asked for a
7 person from Penrod Management who has knowledge
8 and information concerning the contracts at issue
9 and the invoices at issue and Mr. Penrod was
10 produced.
11       MR. SAVOLA: Well, he's being listed
12 in the Answers to Interrogatories by Penrod
13 Management Group as someone that has information,
14 just as Mr. Register has information.  As it so
15 happens, Mr. Penrod here has the most information
16 with regard to this deal.
17  Q.   So you're telling me today that
18 you're not an employee of Penrod Management?
19  A.   No, I am.  But you said a
20 representative.  I was the one in Atlantic City
21 talking to Mr. John and setting up the company,
22 setting up the local company.  These invoices
23 going to Penrod Management, I don't handle
24 accounting.  I don't know where these went or if
25 they came in.  I've never seen them.
```

35

```
1   Q.   I'd ask you to take a look at
2 Exhibits 5, 6, 7 and 8.  I'm sorry, the
3 individual you mentioned before, was it Koren?
4   A.   Korollan, K-O-R-O-L-L-A-N.
5   Q.   Does she have a last name?
6   A.   I don't know it off the top of my
7 head.  These are all sent in a row.  What are
8 these, faxes?  They're all sent together.
9 They're all in order.
10  Q.   Did you have any conversations with
11 anybody at Penrod Management and/or Penrod
12 Brothers concerning those invoices?
13  A.   These invoices?  Not to my knowledge.
14 I've never seen this before.  I know we talked
15 about payments before, but I don't know if these
16 were the invoices or what we talked about.
17  Q.   You had conversations regarding
18 payments to Mr. John?
19  A.   From Atlantic City, yeah.
20  Q.   What do you mean from Atlantic City?
21  A.   Well, we paid Mr. Johns, I believe we
22 paid them once or twice from Atlantic City and
23 then I think we then default.  But these were all
24 sent in order by fax.  I'm not sure what these are
25 for.  And they're each a different month.
```

36

```
1   Q.   After receiving the invoices did you
2 have a conversation with Mr. Register about them,
3 do you recall?
4        MR. SAVOLA: Objection to form.
5 Which invoices are you talking about?
6        MR. MULVANEY: Any one of them.
7   A.   These exhibits with Mr. Register,
8 these invoices?  I don't recall talking to him
9 about that.
10  Q.   Do you recall having a conversation
11 with accounts payable at Penrod Management
12 concerning any of the invoices?
13  A.   No, not that I recall.  This would
14 have been with Cath, the local girl.  They handle
15 all the invoices.
16  Q.   Did you ever instruct anyone at Mr.
17 John to send invoices to Cat?
18  A.   In Atlantic City?
19  Q.   Presumably she's in Atlantic City?
20  A.   All the invoices I believe went
21 there.
22  Q.   But the invoices that I'm showing you
23 now, exhibits --
24  A.   Yeah, these say Penrod Management
25 Group and they're all sent in chronological order.
```

37

```
1   Q.   Sent to Penrod Management, correct?
2   A.   Right.
3   Q.   Did you ever tell anyone after or do
4 you know if anyone had a conversation with anyone
5 at Mr. John concerning those invoices?
6   A.   Do I know if anybody did?  I don't
7 know what conversations they had from Miami.
8   Q.   Do you know if anybody at Penrod
9 Management ever told anyone at Mr. John to not
10 send invoices to Penrod Management?
11  A.   I don't know.  Not to my knowledge.
12  Q.   After receiving those invoices do you
13 know if Penrod Management ever informed Mr. John
14 that it did not intend to pay those invoices?
15       MR. SAVOLA: Object to form.  I
16 don't think he's ever said that these were
17 received.
18  A.   I've never seen them.  And they appear
19 to be 5 months in a row fax or sent down there.
20 I don't know anything about them.  I never seen
21 them.  I don't know if there's discussion about
22 them or what.
23  Q.   Does the fax transmission at the
24 bottom of those pages accurately reflect a
25 facsimile number to Penrod Management.
```

10 (Pages 34 to 37)

**38**

```
 1    A.    No.  They actually show they're all
 2 sent September and in order, but it doesn't say a
 3 number.  It doesn't say a phone number.
 4         MR. MULVANEY: All right.  Mark those.
 5
 6         (Penrod-9A Department of Treasury,
 7    Division of Revenue, Business Support
 8    Services, Commercial Recording, 7/20/06
 9    is marked for identification.)
10         (Penrod-9B  New Jersey Division
11    of Revenue, Certificate of Cancellation,
12    6/30/06 is marked for identification.)
13
14    Q.    I'm going to show you what's been
15 marked 9A and 9B.  Take a look at that.  Do you
16 recognize those documents?
17    A.    I've never seen them before.
18    Q.    Did you assist in the preparation of
19 those documents?
20    A.    No.
21    Q.    Do you recognize that as the
22 signature -- is there a signature?
23    A.    It looks like the same one before,
24 Michael Register's.
25    Q.    Do you have any reason to suspect
```

**39**

```
 1 that's not Michael Register's signature?
 2    A.    No.
 3    Q.    Am I correct when I say that Mr.
 4 Register requested that all the information be
 5 shipped to Penrod Management in response to those
 6 documents?
 7    A.    Are you asking me does it say ship it
 8 to Penrod Management?  Yeah, it says that.
 9    Q.    And it appears that those documents
10 reflect Penrod Management's closure of the Nikki
11 Beach Atlantic City Bar; is that correct?
12    A.    I don't know.  I don't know what this
13 is for.
14    Q.    Well, if you'll take a minute and
15 take a look at it.
16         I'll ask again, do those documents
17 reflect Penrod Management's closure of Nikki Beach
18 Atlantic City?
19    A.    Yes, it looks like Nikki Beach
20 Atlantic City was closed.
21    Q.    Does it reflect on those documents
22 the date that the closure was to be effective?
23    A.    That would be this?
24    Q.    That's the file date.  The file date
25 specifies July 11, 2006.
```

**40**

```
 1    A.    Is when they filed.  So that would be
 2 the date, right?
 3    Q.    Do you see any other dates on there
 4 when it was prepared, when it was sent to the
 5 State of New Jersey by anybody from Penrod
 6 Management?
 7         MR. SAVOLA:  Object.  Form.
 8    A.    It'd just be the signature here.
 9    Q.    And what does that date say?
10    A.    6/30/06.
11    Q.    Do you have any idea when this case
12 was commenced?
13    A.    No.
14    Q.    What's the date of formation up here?
15    A.    March 23, 2005.  That's the
16 corporation?
17    Q.    Well, do you have any knowledge of
18 when Nikki Beach Atlantic City was formed by
19 Penrod Management?
20    A.    No.
21    Q.    But those do appear to be documents
22 that Penrod Management would have filed to cc
23 operations of Nikki Beach Atlantic City Bar?
24    A.    Well, it appears that Michael
25 Register filed to cancel it.
```

**41**

```
 1    Q.    Let's go back to the Nikki Beach
 2 entities for a minute.  We can go through each
 3 one.  You said there's one in Miami, correct?
 4    A.    Yeah.
 5    Q.    What is the name of that one?
 6    A.    The legal name?  I'm not exactly
 7 sure, but I think that's Penrod Brothers I believe
 8 is the corporate name there.  Penrod Brothers, I
 9 believe that's the name of the company there, but
10 I'm not sure.
11    Q.    So it's not a Nikki Beach?
12    A.    It's d/b/a Nikki Beach.
13    Q.    Is it a bar or --
14    A.    It's a bar restaurant.
15    Q.    Bar restaurant?
16    A.    Lounge, beach club.
17    Q.    Do you recall the name of it?
18    A.    Nikki Beach.
19    Q.    The location in Miami, do you recall
20 the actual name of the bar?
21    A.    It's Nikki Beach.
22    Q.    Is it Nikki Beach Miami or --
23    A.    Nikki Beach is the name of the beach
24 club.  There's a place called Pearl, it's the
25 second floor.  Nikki Beach is actually just the
```

11 (Pages 38 to 41)

42

1 actual beach part. The building itself is
2 Penrod's because it was Penrods a long time before
3 and then we did a beach club on the back called
4 Nikki Beach. That's why I believe it retained the
5 name Penrod Brothers. That was before my time.
6     Q.     And that entity, the Nikki Beach
7 location in Miami has its own employees?
8     A.     Uh-huh. Yes.
9     Q.     Do you know how many employees it
10 has?
11     A.     I think I've heard it's around 350,
12 400 this time of year.
13     Q.     Is it a seasonal operation?
14     A.     It's open year round, but the peak
15 seasons are now when it's cold here, it's warm
16 there. But I think all the employees are under
17 Penrod Brothers because in that property the Nikki
18 Beach part is actually just the beach. Upstairs
19 it's a restaurant called Pearl and downstairs it's
20 called -- what it's called, something else.
21     Q.     So there's a beach bar. Is this at a
22 hotel?
23     A.     No, it's a stand-alone big building.
24     Q.     And outside at the beach --
25     A.     It's called Nikki Beach.

43

1     Q.     And upstairs Penrod has a restaurant
2 called Pearl?
3     A.     Pearl Restaurant and Lounge and
4 there's a cafe restaurant on the side that's open
5 during the week called Cafe Nikki. There's a bar
6 downstairs indoor, kind of a night club called --
7 I think it's called Blue or something like that.
8     Q.     And Cafe Nikki, is that another one
9 of the Nikki Beach entities?
10     A.     No. It was the first one. It was the
11 first thing that was done there. It was a
12 memorial for my little sister named Nicole, so we
13 did a little cafe for her called Cafe Nikki.
14     Q.     Is Nikki Beach a tradename?
15     A.     Nikki Beach is a beach club that we
16 then expanded around the world and called Nikki
17 Beach as the brand.
18     Q.     So it's a brand name Nikki Beach?
19     A.     Uh-huh. Yes.
20     Q.     And it's really the distinguishing
21 feature is whether it's Atlantic City or whether
22 it's the marina --
23     A.     Where it is.
24     Q.     Or Nikki Cafe --
25          MR. SAVOLA: Let him get the question

44

1 out.
2     Q.     Is the general description and my
3 description accurate?
4     A.     Can you repeat the again.
5     Q.     Sure. Nikki Beach you indicate is a
6 brand name, correct?
7     A.     Nikki Beach is the brand name that
8 people know our parties and things around the
9 world with.
10     Q.     Does Nikki Beach have a clothing
11 line?
12     A.     Nikki Clothing. It's not Nikki
13 Beach. It's different. The Nikki brand I guess
14 is the brand. If you go to go to New York it's
15 called Nikki Midtown.
16     Q.     Let's go through this. The Nikki
17 brand and then we have Nikki --
18     A.     Nikki Beach are the beach clubs.
19     Q.     So there's a Nikki brand in
20 Manhattan.
21     A.     And Nikki Midtown is the name.
22     Q.     And there was a Nikki brand in
23 Atlantic City.
24     A.     There was a Nikki Beach.
25     Q.     And a Nikki brand in Miami.

45

1     A.     There's the Cafe Nikki. It's the
2 first thing we ever did. It was a memorial for my
3 little sister on the beach. It was called Nikki
4 Beach.
5     Q.     And there are other Nikki Beach
6 brands worldwide?
7     A.     There are Nikki Beach clubs in
8 different parts where there's beaches, yes.
9     Q.     Could you describe for me the Nikki
10 brand in midtown?
11     A.     The Nikki brand in Midtown is a happy
12 hour restaurant night club.
13     Q.     What is it called?
14     A.     Nikki Midtown, that's the name.
15 Midtown is the actual name of the bar.
16     Q.     Where is it located?
17     A.     151 East 50th Street. 10022 is the
18 zip code, New York, New York. I set that one up
19 so I know the name and address.
20     Q.     And Nikki Midtown has its own
21 employees?
22     A.     Uh-huh. Yes.
23     Q.     How many employees?
24     A.     I don't recall. I haven't been
25 there since I opened it, but I think it's --

12 (Pages 42 to 45)

VERITEXT/NEW JERSEY REPORTING  (973) 410-4040

46

1    Q.    Don't guess, but is it over 10?
2    A.    Yes, it's over 10.
3    Q.    Over 20?
4    A.    I'd say it's probably 30, 50, between
5 that range.
6    Q.    And what does Nikki Midtown do?
7    A.    It's a happy hour bar restaurant and
8 night club.
9    Q.    I think we already discussed Nikki
10 Marina. You said there's one in Cabo?
11   A.    Uh-huh. Yes.
12   Q.    What is the name of the one in one
13 Cabo?
14   A.    In Cabo San Lucas we have a Nikki
15 Beach bar at the Somelia Hotel.
16   Q.    And what is the name of it?
17   A.    The hotel?
18   Q.    The Nikki Beach Bar.
19   A.    Nikki Beach, that's what it's called.
20   Q.    Not Nikki Beach Cabo?
21   A.    It does say Cabo San Lucas underneath
22 if that's what you mean. Just like you see Hard
23 Rock Cafe, Hard Rock Vegas, Hard Rock whatever.
24   Q.    And it's located where?
25   A.    At the Somelia Hotel. It's called

47

1 Me. The hotel is M-E.
2    Q.    Does Nikki Beach have any
3 shareholders?
4    A.    I don't know. What do you mean, the
5 brand itself?
6    Q.    Yes.
7    A.    If there are any it'd probably be my
8 father. I don't know if there are any.
9    Q.    Just he would be the only one?
10   A.    I mean I'm not sure. What happens is
11 in each location we have partners and we have a
12 local corporation that has the local partnership.
13 I'm not sure Nikki Beach itself is separate. I
14 don't know how that works.
15   Q.    And do you do that by agreement with
16 the hotel or wherever it is you're establishing a
17 Nikki Beach brand?
18   A.    I think almost every single one is
19 different, but I wouldn't know that. That would
20 be something to ask Michael Register.
21   Q.    He didn't want to appear so I have to
22 ask you.
23   A.    Yeah, I don't know.
24   Q.    Do you have a contract with Resorts?
25   A.    I believe we did.

48

1    Q.    Do you remember the parties to that
2 contract? Was it Penrod Management and Resorts?
3    A.    There would always be the local
4 corporation.
5    Q.    Do you have a copy of that contract
6 available?
7    A.    I don't have one with me, no.
8        MR. MULVANEY: Let's take a few
9 minutes. I think that really might be all I have
10 at this point. I want to take a break.
11
12        (There is a short recess.)
13
14       MR. MULAVENY: Back on the record.
15   Q.    You testified earlier that the name
16 Nikki Beach is a brand name, correct?
17   A.    Yes.
18   Q.    Do you know who owns the brand name
19 Nikki Beach or I should who or what entity owns
20 the brand name Nikki Beach?
21   A.    I'm not sure.
22   Q.    Would it make sense to you that
23 Penrod Management owns the brand name Nikki Beach?
24       MR. SAVOLA: Object to the form.
25   A.    Yeah, I don't know. I don't know if

49

1 it's my dad or what it is. I'm not sure.
2    Q.    And with respect to the contracts
3 that we looked at earlier, and if you need to look
4 at them again, let me know, I think I have them
5 here, do you have any reason to believe that the
6 products referenced on those contracts were not
7 delivered by Mr. John?
8    A.    Do I have any reason to believe that
9 those products and those contracts -- let me see
10 which one you're talking about to make sure.
11   Q.    This is the April 25th contract that
12 we marked Penrod-2.
13   A.    From what I recall we received all
14 the restrooms. I don't remember how many there
15 were. I forget because it was two years ago and I
16 didn't really pay attention to the restrooms that
17 much.
18   Q.    So you believe that Mr. John
19 delivered the restrooms?
20   A.    I believe so.
21   Q.    At least referenced on Penrod-2?
22   A.    I believe so. I'm not sure exactly
23 if 2 Gold Plus was delivered, but there were
24 bathrooms delivered. I know they delivered
25 bathrooms.

13 (Pages 46 to 49)

50

1    Q.    And the same questions for Penrod-3
2 do you have any reason to believe that the toilets
3 and/or other products on Penrod-3 were not
4 delivered by Mr. John?
5    A.    These I'm not sure what these are.
6 Four city main temporary bathrooms, are those
7 Jiffy Johns, are they -- what are they?  I don't
8 know.
9    Q.    I can't help you.  Unfortunately, I'm
10 the one asking the questions today.
11    A.    I don't know what these are to be
12 honest with you.  These -- I know we had two big
13 bathrooms and two ADA are the disability
14 accessible ones. I know we had those in the
15 summer.  These, I don't know what they are.
16    Q.    As you sit here today, can you tell
17 me that Mr. John did not deliver those?
18    A.    I don't know.
19    Q.    Anything on either 2 or 3.
20    A.    Number 3, I don't know what those
21 bathrooms are.
22    Q.    Okay.
23    A.    I don't know if they delivered them
24 or not. I don't know what they are.  These on
25 number 2, I believe they're all delivered.

51

1    Q.    So as far as you know Mr. John
2 delivered everything under the contract on
3 Penrod-2?
4    MR. SAVOLA:  Object to form.
5    A.    On number 2 I believe those were
6 all -- those were delivered.
7    MR. MULAVENY:  Okay.  I think that's
8 about it.
9
10 CROSS EXAMINATION BY MR. SAVOLA:
11    Q.    Let me ask you to have a look at
12 Exhibit-2 which was shown to you by opposing
13 counsel.  This is en titled The Agreement for
14 Temporary Restroom Services and it's dated April
15 25, 2005.  Is there anywhere on this purported
16 agreement for which the plaintiffs are making a
17 claim herein that says that this is Penrod
18 Management Group that entered into this agreement.
19    MR. MULAVENY:  Objection to form.
20    A.    The only thing I see on here is Nikki
21 Beach Bar Atlantic City Boardwalk, Atlantic City,
22 New Jersey and my name, Michael Register's name
23 and my cell phone number and the word Nikki Beach.
24    Q.    Do you see the word Penrod Management
25 Group referred to as a party to this agreement

52

1 anywhere on Exhibit-2?
2    MR. MULAVENY:  Objection.
3    A.    Nowhere.
4    Q.    Let me have you take a look at
5 Exhibit-3, which is another document entitled
6 Agreement for Temporary Restroom Services dated
7 May 3, 2005 for which the plaintiff is making a
8 claim herein.  Do you see anywhere on this
9 agreement where Penrod Management Group is a
10 party?
11    MR. MULAVENY:  Objection.
12    A.    I don't see Penrod Management Group
13 listed on there either.
14    MR. MULAVENY:  Thank you.  That's all
15 I have.
16    MR. MULVANEY:  That's it.
17    MR. SAVOLA:  We'll read please.
18    (The deposition is concluded
19    at 2:35 p.m.)
20
21
22
23
24
25

53

1    S I G N A T U R E   P A G E
2
3
4    I have read the foregoing
5    transcript and it is true
6    and correct to the best of
7    my knowledge and belief.
8
9
10
11
12
13    MICHAEL VERNON PENROD
14
15
16
17 Sworn and subscribed to
18 before me on this
19    day
20 of
21
22
23
24 Notary Public
25

14 (Pages 50 to 53)

54

```
 1           CERTIFICATE OF OFFICER
 2           I, SANDRA A. BYBEL, a Notary Public
 3  and Certified Shorthand Reporter of the State of
 4  New Jersey, do hereby certify that prior to the
 5  commencement of the examination of MICHAEL VERNON
 6  PENROD, the witness was duly sworn by me.
 7           I DO FURTHER CERTIFY that the
 8  foregoing is a true and accurate transcript of the
 9  testimony as taken stenographically by and before
10  me at the time, place and on the date hereinbefore
11  set forth.
12           I DO FURTHER CERTIFY that I am
13  neither a relative nor employee, nor attorney or
14  counsel to any of the parties involved, that I am
15  neither related to nor employed by such attorney
16  or counsel and that I am not financially
17  interested in the outcome of the action.
18
19
20
21
22
23  A NOTARY PUBLIC OF THE STATE OF NEW JERSEY
24  My Commission Expires June 26, 2007
25  C.S.R. License No. 30X100058300
```

15 (Page 54)

**A**

accessible 50:14
account 27:7
accountant 17:9
 33:16
accountants 15:22
 24:14
accounting 11:24
 14:6,8,9,18 15:16
 16:24 17:4,6,22
 19:10 33:18,21
 34:24
accounts 15:23 18:7
 18:9 19:13,14 29:17
 33:13,14 36:11
accurate 44:3 54:8
accurately 6:16
 37:24
action 54:17
actual 41:20 42:1
 45:15
ADA 50:13
address 9:8 27:11,22
 45:19
administrative 11:21
 11:23 12:15 17:22
administrator 14:18
 17:12
afternoon 1:18
ago 20:19 28:20
 49:15
agreement 3:16,19
 28:9,14 47:15 51:13
 51:16,18,25 52:6,9
ahead 9:5
airport 7:8
America 27:5,9
and/or 35:11 50:3
answer 6:10 9:5,6
Answers 34:12
anybody 19:18 26:12
 35:11 37:6,8 40:5
anymore 15:13
Apartment 5:2
appear 27:2 37:18
 40:21 47:21
appears 25:12,23
 26:2,14 28:4 32:19

39:9 40:24
applicant 22:5,11
 23:14 28:1
application 3:14
 20:15 23:6,18 25:7
 25:13,24 26:10 27:4
applications 21:20,24
 22:6,19,23,25 24:4
 24:16
applies 24:10,11
apply 19:23 24:6
applying 24:8 28:1
April 49:11 51:14
ARRANGED 1:22
asked 16:18 34:6
asking 9:9 11:14 39:7
 50:10
assist 38:18
assume 6:8
Atlantic 1:7 5:10
 6:19 12:12,14 17:16
 17:19,20 18:4,6,20
 20:21 21:1 22:16
 23:5,23 24:20 29:5
 30:11,22 31:1,3,5,7
 31:10,14,19 34:20
 35:19,20,22 36:18
 36:19 39:11,18,20
 40:18,23 43:21
 44:23 51:21,21
attend 6:21
attention 49:16
attorney 2:13 5:9 7:9
 7:10,13 54:13,15
ATTORNEYS 2:8
authority 26:4
available 48:6

**B**

B 2:10 3:11
back 18:6,24 27:1
 41:1 42:3 48:14
bank 19:13 27:5,7,9
banking 27:3
bar 6:18 18:4 20:22
 31:9,19 39:11 40:23
 41:13,14,15,20
 42:21 43:5 45:15
 46:7,15,18 51:21

Bars 12:11
Barts 13:19
based 26:24
bathrooms 18:11
 49:24,25 50:6,13,21
beach 1:7 5:3,10 6:18
 9:24 12:12,14,18,23
 13:3,4,5,7,9,12,15
 13:15,17,18,19,19
 13:20,21,21,23
 14:14,19,24 16:10
 16:16 17:19,20 18:4
 19:22 20:1,3,5 21:1
 21:12 22:15 23:5,22
 29:5 30:22 31:1,3,5
 31:7,9,14,16,19
 39:11,17,19 40:18
 40:23 41:1,11,12,16
 41:18,21,22,23,23
 41:25 42:1,3,4,6,18
 42:18,21,24,25 43:9
 43:14,15,15,17,18
 44:5,7,10,13,18,18
 44:24 45:3,4,5,7
 46:15,18,19,20 47:2
 47:13,17 48:16,19
 48:20,23 51:21,23
beaches 45:8
beginning 18:6
belief 53:7
believe 10:2,8 11:19
 11:20 12:9 14:2
 18:24 19:5 20:23
 21:23,23 24:12
 35:21 36:20 41:7,9
 42:4 47:25 49:5,8
 49:18,20,22 50:2,25
 51:5
best 53:6
big 42:23 50:12
bill 11:25 16:3
bind 26:4
bit 6:10 12:17 19:9
 21:25
blank 33:8,10
Blue 43:7
board 11:9 21:10
Boardwalk 31:10
 51:21

bodies 21:17,18
bookkeeper 17:11
borrow 18:23
bottom 8:12 37:24
brand 13:4 43:17,18
 44:6,7,13,14,17,19
 44:22,25 45:10,11
 47:5,17 48:16,18,20
 48:23
branded 13:7
brands 45:6
break 5:25 6:3 48:10
bring 7:24
Brothers 8:20,25
 9:11,21,25 10:2,12
 10:13 35:12 41:7,8
 42:5,17
brought 17:9
Bruce 17:21
building 42:1,23
Business 4:9 38:7
BYBEL 1:13 54:2

**C**

C 2:1 5:1
Cabo 13:18 46:10,13
 46:14,20,21
cafe 43:4,5,8,13,13
 43:24 45:1 46:23
call 29:2,15
called 8:21 10:18
 18:22 29:10 41:24
 42:3,19,20,20,25
 43:2,5,6,7,13,16
 44:15 45:3,13 46:19
 46:25
calls 17:24
cancel 40:25
Cancellation 4:14
 38:11
capital 20:6,14,22
 21:6
care 8:15
CARPENTER 2:3
Carpetner 1:16
case 5:22 40:11
Casino 21:2,8,15,22
 24:17,21
Cat 36:17

56

Cath 17:9,23,24
  36:14
Catherine 17:24
cc 40:22
cell 28:24,25 29:2,4
  29:10,15 51:23
Center 1:16 2:4
Certificate 4:13
  38:11 54:1
Certified 1:13 54:3
certify 54:4,7,12
check 24:13
chef 23:1,2
chronological 36:25
city 1:7 5:10 6:19
  12:12,14 17:17,19
  17:20 18:4,6,20
  20:9,21 21:1,16,21
  22:16 23:6,23 24:20
  30:11,22 31:1,4,6,7
  31:10,15,19 34:20
  35:19,20,22 36:18
  36:19 39:11,18,20
  40:18,23 43:21
  44:23 50:6 51:21,21
City's 29:5
claim 51:17 52:8
clear 13:2
closed 39:20
closure 39:10,17,22
clothing 44:10,12
club 27:21 41:16,24
  42:3 43:6,15 45:12
  46:8
clubs 12:11 13:5,6
  44:18 45:7
code 45:18
cold 42:15
college 6:21,23
comes 9:7
commenced 40:12
commencement 54:5
commencing 1:18
Commercial 4:10
  38:8
Commission 21:8,15
  21:22 24:18 54:24
Commissions 21:2
Community 6:22

company 1:23 11:3
  16:16 22:14 34:21
  34:22 41:9
compiling 26:13
complete 8:10,13
completed 25:24 26:9
complicated 20:24
  21:3
concerning 33:20
  34:8 35:12 36:12
  37:5
concert 21:14
concluded 52:18
contention 30:20
contract 30:7,21 31:2
  31:7,15 47:24 48:2
  48:5 49:11 51:2
contracts 8:5 34:8
  49:2,6,9
Control 21:2,8,15,22
  24:17,21
controlling 21:18
conversation 36:2,10
  37:4
conversations 7:12
  35:10,17 37:7
coordinate 16:23
coordinated 18:19
copy 8:10,11,12,13
  48:5
core 10:21
corporate 11:16 41:8
corporation 40:16
  47:12 48:4
correct 7:16 15:6,8
  19:8 26:1 27:22
  28:2 30:21,23 32:17
  34:2 37:1 39:3,11
  41:3 44:6 48:16
  53:6
correctly 15:24
counsel 16:12 24:23
  24:25 51:13 54:14
  54:16
country 17:3
County 1:1 5:11
couple 6:23 21:24
  22:24 28:20
court 1:1 6:11

co-counsel 7:20
credit 3:14 24:10,11
  25:7,12,24 26:18
  27:3 28:1
creditors 22:22
CROSS 3:3 51:10
currently 8:18 13:13
cut 8:12
C.S.R 54:25

D

D 3:1 5:1
dad 49:1
daily 17:11 18:18
Danielle 19:16 25:14
  25:18 26:3,11
date 39:22,24,24 40:2
  40:9,14 54:10
dated 51:14 52:6
dates 18:21 19:6 40:3
day 53:19
days 23:8
deadline 18:10
deal 16:1 20:9 22:22
  34:16
dealing 18:15,18
  29:13 30:8,16
deals 11:18
default 35:23
Defendants 1:9 2:13
degree 6:25
deliver 50:17
delivered 49:7,19,23
  49:24,24 50:4,23,25
  51:2,6
Department 4:7 38:6
depending 17:3
depends 16:9
deposed 5:13
deposit 19:5
deposition 1:5 7:6
  52:18
depositions 6:17
describe 12:3 15:17
  45:9
description 3:13 44:2
  44:3
detailed 23:9
Deutsch 1:15 2:3

different 5:22 10:15
  13:5,7,8 20:2,9,10
  21:3,17,24 23:12
  35:25 44:13 45:8
  47:19
Diplomat 20:12
DIRECT 3:3 5:7
directed 24:23
directly 18:8 29:10
  29:15 30:17
disability 50:13
disclose 7:11
discussed 46:9
discussion 37:21
distinguishing 43:20
division 1:1 4:8,12
  10:14 38:7,10
DOCKET 1:2
document 8:1 25:16
  32:14,16 52:5
documents 7:22,24
  8:2 23:20 24:25
  28:18 38:16,19 39:6
  39:9,16,21 40:21
doing 21:11
downstairs 42:19
  43:6
Drive 2:11 5:2 27:21
  27:24
duly 5:4 54:6
duties 10:9
d/b/a 41:12

E

E 2:1,1 3:1,11 5:1,1,1
  53:1,1
earlier 16:17 48:15
  49:3
early 29:8
easier 6:10
East 45:17
effective 39:22
either 17:2 21:21
  30:24 50:19 52:13
Elbow 8:21
ELROY 2:3
employed 54:15
employee 14:20
  17:14,16 34:18

57

54:13
employees 14:1 15:7
    15:9 42:7,9,16
    45:21,23
en 51:13
entailed 23:1
entered 51:18
entities 13:9,13,23
    16:10 19:22 20:1
    26:23 41:2 43:9
entitled 52:5
entity 12:18 24:2,3
    24:11,19 42:6 48:19
ESQ 2:7,10
establishing 47:16
event 31:5
events 10:15 13:7
    31:3
everybody 17:24
exact 30:14
exactly 10:23 11:1,14
    21:12 25:1 30:18
    41:6 49:22
examination 5:7
    51:10 54:5
example 20:3
exhibits 30:25 35:2
    36:7,23
Exhibit-2 51:12 52:1
Exhibit-3 52:5
Exhibit-4 32:12
expanded 43:16
Expires 54:24

**F**

facsimile 37:25
familiar 6:14 19:20
far 51:1
father 10:3,4,6 47:8
fax 1:24 27:14,15
    35:24 37:19,23
faxes 35:8
feature 43:21
federal 21:16
figure 30:9
file 21:20 24:21 39:24
    39:24
filed 22:6,18 23:17
    24:4,16 25:13 40:1

40:22,25
files 24:4,19
filled 22:23
financial 14:3
financially 54:16
fine 8:16
firm 22:1,2
first 18:5 32:21 43:10
    43:11 45:2
floor 41:25
Florham 1:24
Florida 2:12 5:3,17
    5:23 6:17 13:17
    26:20
follows 5:5
food 21:14 22:25
    23:6,11
foregoing 53:4 54:8
forget 49:15
form 9:1,4 12:22
    13:11 19:11,25 20:8
    26:5 28:3 31:8,17
    33:6 34:1 36:4
    37:15 40:7 48:24
    51:4,19
formation 40:14
formed 19:23 40:18
Fort 8:22
forth 54:11
four 21:17 50:6
front 21:10
function 11:17
functions 10:21
    11:21,23 12:16
FURTHER 54:7,12

**G**

G 53:1,1
Gateway 1:16 2:4
general 15:11 17:21
    44:2
generally 31:16
gentleman 16:22
getting 19:1
girl 17:9 36:14
girls 17:12
glassware 21:13
go 5:19 9:5 20:10
    24:24 41:1,2 44:14

44:14,16
going 34:23 38:14
Gold 49:23
government 21:16,17
great 8:14
ground 5:19
group 1:8 8:23 11:20
    11:20 12:6,8 16:1
    19:2,3 25:25 34:4
    34:13 36:25 51:18
    51:25 52:9,12
guarantee 23:7
guess 9:22 10:11
    13:22 44:13 46:1
guy 14:10 15:11,12
    16:17 17:21
guys 16:18

**H**

H 3:11 5:1
handle 12:5 14:7
    16:1 17:2 33:21
    34:23 36:14
handled 15:24 17:5
    22:1 24:25
handles 14:8
happens 34:15 47:10
happy 45:11 46:7
Hard 46:22,23,23
head 6:15 17:10 22:4
    35:7
headed 14:9
heard 16:11 42:11
help 50:9
helps 16:1
hereinbefore 54:10
hire 16:23 17:3,4,6
hired 17:8 22:1 24:24
holding 11:3
Hollywood 13:17
honest 50:12
hotel 20:12,24 21:1
    24:22 25:3 42:22
    46:15,17,25 47:1,16
hour 45:12 46:7
Houser 19:16 25:14
    25:18 26:3,11
Hughes 23:3

**I**

idea 26:15 40:11
identification 25:9
    28:11,16 32:1,3,5,7
    32:9 38:9,12
identifies 31:14
identify 31:1
imagine 16:18 25:2
incomplete 8:12
Incorporated 32:20
indicate 44:5
indication 31:6,21
individual 35:3
indoor 43:6
information 26:14
    27:3 33:19 34:8,13
    34:14,15 39:4
informed 37:13
instruct 36:16
intend 37:14
interact 15:22
interested 54:17
Internet 10:19
Interrogatories
    34:12
invoice 3:22,24 4:1,3
    4:5 31:25 32:2,4,6,8
    32:19,23 33:3,11
invoices 8:3 33:9,20
    34:9,22 35:12,13,16
    36:1,5,8,12,15,17
    36:20,22 37:5,10,12
    37:14
involved 16:2 25:3
    54:14
issue 34:8,9
issues 14:8
Italy 13:20
it'd 8:13 40:8 47:7
it'll 29:3

**J**

Jack 10:5
Jerry 15:11
Jersey 1:1,14,17,23
    1:24 2:6 4:12 5:15
    17:7 21:21 22:9,21
    38:10 40:5 51:22
    54:4,23

58

**Jiffy** 50:7
**John** 1:4 3:15,22,24
  4:1,3,5 5:9 18:3,8
  18:10,14,15,19 19:6
  19:7 25:8,13,25
  28:2 29:8 30:22
  31:25 32:2,4,6,8,20
  33:25 34:21 35:18
  36:17 37:5,9,13
  49:7,18 50:4,17
  51:1
**Johns** 35:21 50:7
**judge** 9:8
**July** 39:25
**June** 54:24

---

**K**

**keep** 16:6
**Kennedy** 7:17,19
**kept** 29:14
**kind** 20:4 23:8 43:6
**knew** 16:18
**know** 6:1,6 7:18 9:13
  10:3 11:1,5,6,8,13
  11:15,17 15:10,11
  16:12 17:10,23
  19:15 20:17,18
  25:20,21 26:7,9,12
  26:16,17,19,24 27:6
  27:8,8,17 29:20,21
  29:25 32:23 33:7,8
  33:12,16,17,22
  34:24 35:6,14,15
  37:4,6,7,8,11,13,20
  37:21 39:12,12 42:9
  44:8 45:19 47:4,8
  47:14,19,23 48:18
  48:25,25 49:4,24
  50:8,11,12,14,15,18
  50:20,23,24 51:1
**knowledge** 20:17
  33:20 34:7 35:13
  37:11 40:17 53:7
**Koren** 35:3
**Korollan** 14:10 17:1
  17:5 33:16 35:4
**K-O-R-O-L-L-A-N**
  35:4

---

**L**

**L** 5:1
**lady** 14:9 17:1 18:14
**Lauderdale** 8:22
**Lauren** 18:15 29:14
  30:9
**law** 1:1 5:4 22:1,2
**lawsuit** 5:10
**lawyers** 16:23 26:6
**Layout** 21:11
**lead** 17:22
**legal** 11:24 12:15
  15:16,25,25 16:7,7
  16:12,15,21 19:10
  24:23,24 41:6
**lent** 19:12
**Let's** 12:17 15:3
  31:23 41:1 44:16
  48:8
**License** 54:25
**licenses** 7:3
**limited** 16:2
**line** 44:11
**listed** 34:11 52:13
**little** 6:10 12:17 19:9
  43:12,13 45:3
**LLC** 1:7
**LLP** 1:16 2:3
**loan** 24:6,9
**loans** 19:24
**local** 10:15 14:17
  15:22 16:12,15 17:3
  17:4,6 21:6 22:1,13
  22:14 24:1,2,3,7,11
  24:15,17,19,24 25:2
  34:22 36:14 47:12
  47:12 48:3
**located** 45:16 46:24
**location** 14:13,15,17
  14:23,25 20:13
  23:25 27:20 31:11
  31:20 41:19 42:7
  47:11
**locations** 13:8 20:2
**lock** 18:21 19:6 29:8
**long** 20:18 42:2
**look** 32:12 35:1 38:15
  39:15 49:3 51:11

---

52:4
**looked** 49:3
**looking** 29:6 30:12
**looks** 38:23 39:19
**loosely** 19:23
**lost** 19:1
**lot** 6:12
**Lounge** 41:16 43:3
**Lucas** 13:18 46:14,21

---

**M**

**M** 5:1
**mail** 33:2
**main** 17:12 28:24
  50:6
**making** 51:16 52:7
**management** 1:7
  5:11 8:23,24 9:10
  9:15,18 10:7,23
  11:11,18,19 12:5,8
  14:11,12,16 15:16
  16:1,3,8,20 17:15
  17:25 19:2,3,9,19
  22:12 23:24 25:25
  26:4,13,18 27:19,23
  27:25 29:1 32:17,24
  33:5,14,22,24,25
  34:4,7,13,18,23
  35:11 36:11,24 37:1
  37:9,10,13,25 39:5
  39:8 40:6,19,22
  48:2,23 51:18,24
  52:9,12
**Management's** 27:3
  27:10,15 39:10,17
**manager** 15:12 17:21
**Manhattan** 44:20
**Marbella** 13:21
**March** 1:17 40:15
**marina** 13:17 15:2,18
  20:4,6,11 43:22
  46:10
**Marina's** 20:19
**mark** 25:4 28:6,12
  31:23 38:4
**marked** 25:8 28:11
  28:15 32:1,3,5,7,9
  32:11 38:9,12,15
  49:12

---

**marketing** 9:23
  10:11,14,19
**Marrakech** 13:21
**matters** 15:25
**MC** 2:3
**McElroy** 1:15
**mean** 9:4 12:21,23
  17:18 20:18 29:11
  30:3,8,16 35:20
  46:22 47:4,10
**means** 9:7
**meet** 21:18
**meetings** 21:11
**memorial** 43:12 45:2
**mentioned** 16:17
  21:9 35:3
**met** 7:21 16:13,19
**Mexico** 13:18
**Miami** 2:12 5:3 9:24
  10:22 13:16 18:23
  23:20 26:24 37:7
  41:3,19,22 42:7
  44:25
**Michael** 1:6,12 3:4
  5:8 8:18 16:22 17:4
  29:21 38:24 39:1
  40:24 47:20 51:22
  53:13 54:5
**Middlesex** 1:1 5:11
**midtown** 13:16 44:15
  44:21 45:10,11,14
  45:15,20 46:6
**MID-L-6951-05** 1:2
**Mike** 29:18
**minor** 17:2
**minute** 39:14 41:2
**minutes** 48:9
**money** 18:8,21,23,23
  19:4,12 21:5
**month** 35:25
**months** 6:23 21:19
  37:19
**morning** 28:19
**MULAVENY** 8:5
  48:14 51:7,19 52:2
  52:11,14
**Mulberry** 1:16 2:5
**Mulvaney** 1:15 2:3,7
  3:5 5:7,8 8:7,9 25:4

---

28:6,12 31:23 34:6
36:6 38:4 48:8
52:16
music 21:14
M-E 47:1

**N**

N 2:1 3:1 5:1,1,1 53:1
name 5:8 15:14 17:9
17:10,23,24 18:15
19:18,20 22:2 25:20
25:24 26:7 29:14
30:4 33:8 35:5 41:5
41:6,8,9,17,20,23
42:5 43:18 44:6,7
44:21 45:14,15,19
46:12,16 48:15,16
48:18,20,23 51:22
51:22
named 14:10,10 17:1
17:21,22 43:12
names 15:10,11
23:12 26:19
need 5:25 24:4 49:3
needed 18:11,21
24:16
negotiation 30:6
neither 54:13,15
never 7:21 16:13,19
34:25 35:14 37:18
37:20 38:17
new 1:1,14,17,24 2:6
4:12 5:15 13:16
17:7 21:21 22:9,21
23:25 38:10 40:5
44:14 45:18,18
51:22 54:4,23
Newark 1:17 2:6
Nicole 43:12
night 12:11 13:5
27:21 43:6 45:12
46:8
Nikki 1:7 5:10 6:18
10:16,18,20 12:12
12:14,18,23 13:3,4
13:7,9,12,15,15,16
13:17,17,18,19,19
13:20,20,21,23
14:14,19,24 15:2,18

16:10,16 17:19,20
18:4 19:22 20:1,3,5
20:19 21:1 22:15
23:5,22 29:5 30:22
31:1,3,5,7,9,14,16
31:19 39:10,17,19
40:18,23 41:1,11,12
41:18,21,22,23,25
42:4,6,17,25 43:5,8
43:9,13,14,15,16,18
43:24 44:5,7,10,12
44:12,13,15,16,17
44:18,19,21,22,24
44:25 45:1,3,5,7,9
45:11,14,20 46:6,9
46:14,18,19,20 47:2
47:13,17 48:16,19
48:20,23 51:20,23
nods 6:15
Notary 1:14 53:24
54:2,23
notation 9:6
notice 28:22
number 3:13 27:7,11
27:12,14,16,19
28:24 29:1,5 37:25
38:3,3 50:20,25
51:5,23
numbers 30:18

**O**

O 5:1,1
object 9:1,4,12 12:22
13:11 19:11,25 20:8
26:5 28:3 31:8,17
33:6 34:1 37:15
40:7 48:24 51:4
Objection 36:4 51:19
52:2,11
Ocean 27:20,24
office 1:15 24:17
29:16
Officer 5:5 54:1
offices 18:7 29:4
Okay 5:21,24 7:5
8:17 9:9,25 12:19
15:4 18:16 28:21
50:22 51:7
Omar 14:10 17:1

once 35:22
ones 12:4 50:14
open 42:14 43:4
opened 20:1,6,21
45:25
opening 33:2
operate 20:7
operating 13:24 15:5
operation 42:13
operations 40:23
opposing 51:12
oral 6:16
order 35:9,24 36:25
38:2
outcome 54:17
outside 42:24
owe 33:25
owns 48:18,19,23
o'clock 1:18

**P**

P 2:1,1 5:1 53:1
PAGE 3:13
pages 37:24
paid 14:22 18:24
35:21,22
paper 30:19
paperwork 24:19
Park 1:24
part 31:19 42:1,18
participated 26:13
participating 30:5
parties 13:6 44:8
48:1 54:14
partner 20:11,13,25
21:6 24:22
partners 13:8 24:1
47:11
partnership 22:14
47:12
parts 45:8
party 31:2,6,12,15,21
51:25 52:10
Paul 7:19
pay 23:7,8 37:14
49:16
payable 33:14 36:11
payments 18:1 35:15
35:18

payroll 14:24
peak 42:14
Pearl 41:24 42:19
43:2,3
pending 5:10 6:2
Penrod 1:6,7,12 3:4
5:11 8:20,22,24,25
9:10,11,14,17,20,25
10:2,5,7,11,13,23
11:10,17,19 12:5,7
14:11,12,16 15:15
16:1,3,8,20,24
17:14,25 19:2,3,9
19:19 22:11 23:23
25:25 26:4,12,17
27:2,10,15,19,22,25
29:1 32:17,24 33:3
33:5,14,22,24,24
34:7,9,12,15,18,23
35:11,11 36:11,24
37:1,8,10,13,25
39:5,8,10,17 40:5
40:19,22 41:7,8
42:5,17 43:1 48:2
48:23 51:17,24 52:9
52:12 53:13 54:6
Penrods 42:2
Penrod's 27:18 42:2
Penrod-1 3:14 25:5,7
Penrod-2 3:16 28:7,9
29:23 30:12 49:12
49:21 51:3
Penrod-3 3:19 28:14
29:23 30:13 50:1,3
Penrod-4 3:22 31:25
Penrod-5 3:24 32:2
Penrod-6 4:1 32:4
Penrod-7 4:3 32:6
Penrod-8 4:5 32:8
Penrod-9A 4:7 38:6
Penrod-9B 4:12
38:10
people 44:8
permits 24:15 25:1
person 14:19 33:14
34:7
phone 27:10,12 28:24
28:25 29:2,4,5,10
29:15 38:3 51:23

60

place 8:21 24:21
  41:24 54:10
plaintiff 1:5 2:8 5:9
  52:7
plaintiffs 51:16
planned 21:12
please 6:6 7:11 52:17
Plus 49:23
point 5:2 30:24 48:10
position 10:10,11
  33:23
preparation 7:5
  38:18
prepare 14:3
prepared 40:4
present 21:15
Presumably 36:19
pretty 14:21
price 30:10
prior 54:4
probably 31:9 46:4
  47:7
problems 15:25
process 22:23
produced 8:2 34:10
production 8:3
products 49:6,9 50:3
professional 7:2
programs 10:16
pronouns 18:25
properties 11:22 12:3
  12:7,24 20:10
property 9:23 12:10
  42:17
provide 19:10
provided 8:11 16:7
  16:15,20,24
provides 15:16
Public 1:14 53:24
  54:2,23
Puerto 13:18
purported 51:15
purposes 9:4 14:18
put 20:13 21:5
puts 9:6
putting 21:12
P-1 25:12
p.m 52:19

**Q**

question 6:2,2,5,9 9:5
  9:6 14:6 30:15
  43:25
questions 13:1 50:1
  50:10
quicker 6:12
quite 21:25

**R**

R 2:1 5:1,1 53:1
range 46:5
read 23:21 52:17
  53:4
really 43:20 48:9
  49:16
reason 30:1 38:25
  49:5,8 50:2
recall 19:17,21 20:20
  22:3,5,10 23:14,16
  24:8 25:18 28:20
  30:5 36:3,8,10,13
  41:17,19 45:24
  49:13
receivable 15:23
  33:13
receive 6:25 9:14
  11:10 32:14
received 37:17 49:13
receiving 14:24 36:1
  37:12
recess 48:12
recognize 19:18
  26:23 28:18 29:18
  29:24 38:16,21
record 9:3,7 48:14
Recording 4:10 38:8
RECROSS 3:3
REDIRECT 3:3
refer 27:1 31:16
referenced 49:6,21
references 26:18
referred 51:25
reflect 37:24 39:10
  39:17,21
reflects 32:16
regard 34:16
regarding 35:17
Register 16:22 17:5

29:22 34:14 36:2,7
  39:4 40:25 47:20
Register's 29:19
  38:24 39:1 51:22
related 10:19 54:15
relative 54:13
remember 21:2,25
  23:12 30:14,17 48:1
  49:14
repeat 6:7 44:4
rephrase 6:6
reporter 1:13 6:11
  54:3
REPORTING 1:22
  1:23
representative 33:24
  34:4,20
request 8:3
requested 39:4
require 20:6
required 20:22
Resorts 21:1 47:24
  48:2
respect 10:10 18:3
  49:2
respond 6:1
response 8:2 39:5
responsibilities 10:10
restaurant 41:14,15
  42:19 43:1,3,4
  45:12 46:7
restaurants 12:11
  13:5
Restroom 3:17,20
  28:10,15 51:14 52:6
restrooms 49:14,16
  49:19
retained 42:4
Revenue 4:8,13 38:7
  38:11
review 7:22
right 6:13 18:21 29:3
  30:10,10 33:2 37:2
  38:4 40:2
ring 29:3
Road 1:23
Rock 46:23,23,23
Room 8:21
round 42:14

row 35:7 37:19
rules 5:19
run 24:1
running 20:13
Ryan 2:7 5:8

**S**

S 2:1 3:11 53:1
Saint 13:19
salary 8:22 9:14
  11:10
San 13:18,20 46:14
  46:21
SANDRA 1:13 54:2
Sardinia 13:20
Savola 2:10 3:6 7:15
  7:20 8:1,6,17 9:1,3
  9:12 12:22 13:11
  19:11,25 20:8 26:5
  28:3 31:8,17 33:6
  34:1,3,11 36:4
  37:15 40:7 43:25
  48:24 51:4,10 52:17
says 26:11 31:9,18,19
  39:8 51:17
seasonal 42:13
seasons 42:15
second 27:2 41:25
see 23:19 31:18 40:3
  46:22 49:9 51:20,24
  52:8,12
seeing 28:20
seen 25:15 32:22
  34:25 35:14 37:18
  37:20 38:17
sees 33:3
send 18:22 33:4,8
  36:17 37:10
sense 48:22
sent 23:20 32:17,24
  32:25 33:10 35:7,8
  35:24 36:25 37:1,19
  38:2 40:4
separate 47:13
September 38:2
services 1:22 3:17,20
  4:9 10:16 11:25
  15:16,17 16:4,7,7
  16:15,21,25 17:4,7

19:10 23:6 28:10,15
  38:8 51:14 52:6
set 12:15,16 17:20
  18:7,7,10 19:12,13
  20:10,11,20,24,25
  23:25 25:2 28:23
  29:4,7,16 45:18
  54:11
setting 10:15 18:5,20
  34:21,22
setup 21:19 22:25
shaking 6:15
shareholder 10:6
shareholders 10:1
  47:3
ship 33:4 39:7
shipped 39:5
short 48:12
Shorthand 1:13 54:3
show 21:11 25:11
  30:13 32:11 38:1,14
showing 36:22
shown 25:12 28:19
  51:12
shows 27:25
side 16:6 43:4
sign 29:21 30:4
signature 29:19,20
  29:25 30:2 38:22,22
  39:1 40:8
single 47:18
sister 43:12 45:3
sit 21:10 50:16
six 20:19
somebody 14:13 33:3
somebody's 33:8
Somelia 46:15,25
sorry 10:17 18:13,25
  19:2 35:2
sounds 19:20
south 5:2 26:20
Southern 26:21
speak 7:17
Speaking 8:9
specifications 30:6
specifies 39:25
Spirits 26:21
spoke 7:9,12 20:5
stadium 21:14

stand-alone 42:23
state 1:14 5:15,17,23
  17:7 21:21 22:9,21
  24:18 40:5 54:3,23
statements 14:4
stenographically
  54:9
Steve 7:7,23
STEVEN 2:10
stick 20:4
Street 1:17 2:5 45:17
structure 10:25
  11:16
structured 33:17
stuff 9:23
subdivisions 22:8
subscribed 53:17
subsidiaries 11:4,7
  11:15
subsidiary 8:24 9:10
Suite 1:23
summer 18:12 29:9
  50:15
SUNSET 2:11
SUPERIOR 1:1
suppliers 22:22
Support 4:9 38:7
sure 6:14 10:25 11:1
  11:9,14 12:4 14:5
  14:21 15:13,20,23
  21:4,24 23:1,9 25:1
  25:20 26:7 27:8,17
  27:19 30:18 35:24
  41:7,10 44:5 47:10
  47:13 48:21 49:1,10
  49:22 50:5
suspect 30:1 38:25
sworn 5:4 53:17 54:6
Sysco 26:21

        T

T 3:11 53:1
take 8:15 20:3 32:12
  35:1 38:15 39:14,15
  48:8,10 52:4
taken 1:12 54:9
talk 12:17
talked 7:10 18:18
  35:14,16

talking 12:10 15:19
  29:14 34:21 36:5,8
  49:10
Tallahassee 6:22
teams 10:15 20:11
Tel 1:24
tell 6:7 12:25 13:14
  15:2 30:25 37:3
  50:16
telling 34:17
temporary 3:16,19
  28:10,14 50:6 51:14
  52:6
term 19:23
terms 23:8
testified 48:15
testifies 5:5
testimony 1:11 6:16
  54:9
Thank 52:14
they'd 17:2,3
thing 10:18 23:8 25:2
  43:11 45:2 51:20
things 17:2 21:4,7,9
  44:8
think 8:11 9:13,22
  10:3 13:12,13 15:21
  15:24 17:13,23
  18:15,17 19:14
  20:23 22:24 23:7
  27:5 28:20 29:13
  30:3 31:13 35:23
  37:16 41:7 42:11,16
  43:7 45:25 46:9
  47:18 48:9 49:4
  51:7
three 1:16 2:4 8:2
  21:17
throw 13:6
time 5:25 30:9 32:21
  42:2,5,12 54:10
Timothy 23:3
title 9:17,20
titled 51:13
today 7:25 13:24
  16:11 34:17 50:10
  50:16
toilets 50:2
told 37:9

top 17:10 22:3 31:18
  35:6
totally 28:23
tradename 43:14
transcript 1:11 53:5
  54:8
transfer 8:4,10
transferred 19:4
transmission 37:23
Treasury 4:7 38:6
trial 9:7
Trope 13:20
true 53:5 54:8
try 6:6
trying 30:9
Tuesday 1:17
TV 10:16,18,20
twice 35:22
two 8:3,5 17:12 49:15
  50:12,13
types 21:7

        U

U 53:1
Uh-huh 5:12,18
  11:12 12:1 22:20
  26:24 32:18 42:8
  43:19 45:22 46:11
underneath 46:21
understand 6:5,8
  12:2
understanding 16:14
Unfortunately 50:9
units 30:10
upfront 20:13
upstairs 42:18 43:1
use 15:3 19:23 27:20
  30:10
usually 21:6 24:7,18
  33:4,4,7

        V

V 5:1
various 22:8
Varta 13:19
Vegas 46:23
vendors 22:22,25
  23:11 26:20,20,25
VERITEXT/NEW

62

| | | |
|---|---|---|
| 1:23 | year 42:12,14 | 31 3:22 |
| **VERNON** 1:6,12 3:4 | years 20:19 28:20 | 32 3:24 4:1,3,5 |
| 53:13 54:5 | 49:15 | **33139** 5:3 |
| **VIP** 10:16 | York 13:16 44:14 | **33173** 2:12 |
| **Vreeland** 1:23 | 45:18,18 | **350** 42:11 |
| vs 1:6 | | 38 4:7,12 |

**W** / **Z**

| | | |
|---|---|---|
| wait 6:9 | zip 45:18 | **4** |
| want 47:21 48:10 | zoning 24:17 25:1 | 4/25/05 3:18 28:10 |
| wanted 21:13,13 | | 400 42:12 |
| warm 42:15 | **#** | 410-1313 1:24 |
| wasn't 29:16 | #443 2:11 | 410-4040 1:24 |
| way 6:18 | | |
| week 43:5 | **0** | **5** |
| went 6:22 34:24 | 07102 2:6 | 5 3:5 35:2 37:19 |
| 36:20 | 07932 1:24 | 5/27/05 3:23 32:1 |
| Weston 20:12 | | 5/3/05 3:21 28:15 |
| we'll 16:6 20:4 52:17 | **1** | 50 46:4 |
| we're 12:10 15:19 | 1 27:20 | 50th 45:17 |
| we've 24:21 | 1:00 1:18 | 51 3:6 |
| Wine 26:21 | 10 13:22 46:1,2 | 534-7253 27:13 |
| wire 8:4,10 18:8 | 100 1:16 2:5 5:2 | 538-1111 27:18 |
| wired 18:8 19:3 | 10022 45:17 | |
| witness 3:3 54:6 | 11 39:25 | **6** |
| word 51:23,24 | 12 13:13 | 6 35:2 |
| work 8:19,20 10:13 | 151 45:17 | 6/24/05 3:25 32:3 |
| 15:1,12 19:17 23:4 | | 6/30/06 4:14 38:12 |
| 34:5 | **2** | 40:10 |
| worked 17:8,13 | 2 30:25 49:23 50:19 | |
| 19:19 23:5 25:21 | 50:25 51:5 | **7** |
| working 20:6,22 21:5 | 2:35 52:19 | 7 35:2 |
| works 25:21,22 47:14 | 20 1:17 46:3 | 7/20/06 4:11 38:8 |
| world 13:6,8 43:16 | 2005 40:15 51:15 | 7/22/05 4:2 32:5 |
| 44:9 | 52:7 | |
| worldwide 45:6 | 2006 39:25 | **8** |
| wouldn't 11:8 18:11 | 2007 1:18 54:24 | 8 35:2 |
| 26:15,15 30:3 33:22 | 23 40:15 | 8/19/05 4:4 32:7 |
| 47:19 | 25 3:14 51:15 | 8770 2:11 |
| wrong 30:21 | 25B 1:23 | |
| wrote 28:5 | 25th 49:11 | **9** |
| | 26 54:24 | 9A 38:15 |
| **X** | 2602 5:2 | 9B 38:15 |
| X 3:1,11 | 28 3:16,19 | 9/16/05 4:6 32:9 |
| | | 973 1:24,24 |
| **Y** | **3** | |
| yeah 6:4 22:20 26:2 | 3 30:25 50:19,20 52:7 | |
| 35:19 36:24 39:8 | 30 23:8 46:4 | |
| 41:4 47:23 48:25 | 30X100058300 54:25 | |
| | 301 1:23 | |
| | 305 27:13 | |

EXHIBITS

305-534-7253   P. 3

**the complete source for temporary restrooms**

**mr.john**

## CREDIT APPLICATION

### PLEASE TYPE OR PRINT ALL INFORMATION

The undersigned hereby applies for credit with Mr. John and agrees to abide by its standard terms and conditions as printed below as to any presently outstanding or future account balances.

| DATE 4/21/05 | FEDERAL ID: 65-1151495 | DATE STARTED: |
|---|---|---|

FIRM'S LEGAL NAME: Penrod Management Group, Inc    DBA: _____

BILLING ADDRESS: 1 Clean Drive

CITY/SATE/ZIP: Miami Beach, FL 33139

**EXHIBIT**
Penrod-1
3/20/07 SB

OFFICE ADDRESS (IF DIFFERENT FROM ABOVE):

CITY/STATE/ZIP:

| PHONE NUMBER: 305-538-1111 | FAX NUMBER: 305-534-7253 | LISTED IN D&B? ☐ NO ☐ YES | RATING (IF KNOWN): |
|---|---|---|---|

| AMOUNT OF CREDIT REQUIRED: | | PURCHASE ORDER REQUIRED? ☐ NO ☐ YES |
|---|---|---|

DESCRIPTION OF BUSINESS:
☐ 1. SOLE PROPRIETORSHIP   ☐ 2. GENERAL PARTNERSHIP   ☑ 3. CORPORATION   ☐ NON PROFIT ORGANIZATION (ATTACH TAX EXEMPT CERTIFICATE)

**NOTE: If numbers 1 or 2 are checked above, please fill in the following information:**

| NAME OF PRINCIPALS | RESIDENTIAL STREET ADDRESS – CITY/STATE/ZIP | SS# | DATE OF BIRTH |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

**TRADE REFERENCES**

| | NAME | CONTACT | ADDRESS | PHONE | FAX |
|---|---|---|---|---|---|
| 1 | Sysco Foods | John Hussey | PO Box 64000-A Miami, FL 33164 | 1-800-877-4766 | |
| 2 | Henry Lee | Joe Knafo | 3301 NW 125th St Miami, FL | 305-685-5851 | |
| 3 | Kitchens of the Ocean | John | P.O. Box 276003 Boca Raton, FL 33427 | 1-800-327-0132 | |
| 4 | Southern Wine & Spirits | | 1600 NW 163rd St Miami, FL 33169 | 305-625-4171 | |
| 5 | Premier Beverage | Michael Staruk | PO Box 5500 Miramar, FL 33083 | 305-766-8973 | Ext 2050 |

**BANK REFERENCE**

| NAME | CONTACT | ADDRESS | PHONE |
|---|---|---|---|
| Bank of America | Paula Campos | 701 Brickell Ave Miami, FL 33131 | 305-350-7035 |

| ACCOUNT NUMBER: 0054 8400 7677 | TYPE OF ACCOUNT: Checking |
|---|---|

*I hereby authorize the release of any and all credit information to Mr. John from the above listed references.*

| AUTHORIZED SIGNATURE: Danielle M Hauser | TITLE: Accountant |
|---|---|
| PRINT NAME: Danielle Hauser | DATE: 4/21/05 |

Please fax or mail credit application along with the tax exempt certificate, if applicable.
Terms: NET 10 days

200 Smith Street □ PO Box 130 □ Keasbey, NJ 08832 □ 800-628-8955 □ Fax: 732-417-0367 □ www.mrjohn.com



Russell Reid / Mr. John ▪ 200 Smith Street ▪ Keasbey, NJ 08832
www.russellreid.com 800.356.4468  www.mrjohn.com 800.628.8955

*Wastewater Management  |  Temporary Restrooms  |  Solid Waste Services*

## GENERAL TERMS AND CONDITIONS

1.  The Rental/Lessee hereinafter referred to as The Customer acknowledges that it has the care, custody and management of the equipment owned  by Mr. John Portable Sanitation Units, Inc. (The Company) and accepts responsibility for the equipment and its contents except when it is being physically handled by employees of The Company.  The Customer agrees to indemnify and hold harmless the Company from and against any  and all claims for losses or damages to property or life (specifically including but not limited to any claims for damages due to personal injury) resulting from the use or possession of The Company=s equipment.

2.  The Company shall not be liable for loss or damage due to delay in delivery or service resulting from any cause beyond The Company=s  control including but not limited to compliance with any regulations, orders or instructions of any federal, state, or municipal government nor any department or any agency thereof, acts of God, acts or omissions of The Customer, acts of civil or military authority, fires, strikes, factory shutdowns, or alterations, embargoes, war, riots, delays in transportation, or inability due to causes beyond The Company=s reasonable control to obtain necessary labor, manufacturing facilities, or materials.

3.  It is expressly understood and agreed this is an agreement of rental/lease only and The Customer does not acquire title to the equipment.

4.  To initiate all orders The Customer must agree to the following payment terms.  Confirmation of the Customer=s acceptance of these payment terms will be established by signing below and faxing to The Company at 732-417-0367.  No orders will be final until a signed copy of this document is received by The Company.  Payment Terms:

5.  50% deposit for all orders placed more than six (6) weeks prior to delivery date. Full payment for all orders placed within six (6) weeks of the delivery date.  Full payment for all orders 30 days prior to the delivery date.  All orders not paid in full 30 days prior to the delivery date will lose their equipment and service reservation. If The Customer fails to pay in full and cancels the order the 50% deposit will be forfeited as outlined below.  All COD payments via check at the time of delivery must be secured by a credit card.

6.  The Customer may cancel this order, reduce quantities, revise specifications or extend schedules only by mutual agreements and agrees to pay proper cancellation charges which shall take into account expenses already incurred and commitments made by The Company and shall indemnify The Company against any loss, such loss may or shall not to exceed total  contract price.

| Canceled Before Event | % of Deposit Returned |
|---|---|
| 120 days | 75% |
| 90 days | 50% |
| 60 days | 25% |
| 30 days | none |

7.  The Customer agrees to properly protect the equipment hereby leased against damage or loss to same or any part thereof from any cause whatsoever and further agrees to return same to The Company in as good condition as received, excluding reasonable wear and tear. All orders including the Premier or Trailer product require a Certificate of Insurance naming Mr. John, Inc. as additional insured in the amount stated on the temporary restroom service agreement. Mr. John will not release delivery of any Premier or Trailer prior to receiving a faxed copy of the Certificate of Insurance to 732-417-0367.

8.  In the event that this agreement is not properly executed by or on behalf of The Customer, the acceptance of the leased equipment by customer when delivered by The Company pursuant to order of The Customer, shall be subject to all the terms and conditions of this agreement.

HPr 26 U5 08:17a    Penrods    305-534-7253    p.1



Russell Reid    mr.john

RUSSELL REID / MR. JOHN    PO BOX 130    PEAPACK, NJ 07977
www.russellreid.com    908-234-0444    www.mrjohn.com  800-525-2955

Date: April 25, 2005

## AGREEMENT FOR TEMPORARY RESTROOM SERVICES

Customer:     Nikki Beach                          Event:  Nikki Beach Bar
Ordered by:   Michael Penrod or Michael Register            Atlantic City Boardwalk
Phone:        954-854-3308                                  Atlantic City, NJ

EXHIBIT

Penrod-2
3/20/07 SB

Equipment will be delivered/installed on: Fri. April 29, 2005

| Quantity | Description |
|---|---|
| 2 | Gold Plus Trailers |
| 2 | ADA POD Units |

The equipment will be picked up on: Friday September 2, 2005

### Rental Charges:

| | | |
|---|---|---|
| 2 | Gold Plus Trailers | $12,000.00/28 day rental |
| 2 | ADA POD Unit @ $2,300.00 each | $4,600.00/28 day rental |

### Delivery and Installation Charges:

| | | |
|---|---|---|
| 2 | Delivery, Setup, and Pickup of Gold Plus Trailers at $450.00 per unit | $900.00 one time charge |
| 1 | Delivery, Setup, and Pickup of ADA Unit at $1000.00 per unit | $2000.00 one time charge |

Total Rental Charges from April 29, 2005 through September 2, 2005

Total for 2 Gold Plus Trailers
Breakdown:
28 day cycle billing
April 29 through September 2
$428.57 per day x 125 days = $53,571.43

Total for 2 ADA PODS (Handicap Units)
Breakdown:
28 day cycle billing
April 29 through September 2
$164.29 per day x 125 days = $20,535.71

Total for trailers and ADA PODS from April 29-September 2, including all delivery charges    $77.0007.14

<u>Service Charges</u>:
No service charges, all equipment will be hooked into the city water and sewer systems.

Charges are as follows:
- $8,850.00 due by April 22, 2005
- **Balance of Due Net 10 Days**
- **Please fill out our credit application so you are put on cycle billing**

Accepted:                                   Accepted:

By: _____            By: _____
      Lauren Gommel                              Michael Register
      Account Executive                           Nikki Beach



RUSSELL REID / MR. JOHN    PO BOX ...    PERSEE ... ...
www.russelreid.com ... ... www.mrjohn.com ...
856-227-5293

Date: May 3, 2005

## AGREEMENT FOR TEMPORARY RESTROOM SERVICES

Customer:     Nikki Beach                          Event:   Nikki Beach Bar
Ordered by:   Michael Register                              Atlantic City Boardwalk
Phone:        954-854-3308                                  Atlantic City, NJ

Email: timh@nikkimarina.com
Email: mike@penrods.com

Equipment will be delivered/installed on: Wednesday May 11, 2005

| Quantity | Description |
|----------|-------------|
| 4 | City Main Temporary Restrooms |

The equipment will be picked up on: Friday September 2, 2005

Rental Charges:
4      City Main Temporary Restrooms @ $950.00 each for a 28 day rental

Total Rental Charges from May 11, 2005 through September 2, 2005

Total for 4 City Main Temporary Restrooms
Breakdown:
28 day cycle billing
April 29 through September 2
$950.00 per unit x 4 units=$3,800.00
$3,800/28 days=$135.71 per day for 4 units
$135.71 per day x 115 days rental =     $15,607.14 from May 11, 2005 through September 2, 2005

Delivery and Installation Charges:
1      Delivery, Setup, and Pickup     $1,200.00 one time charge

Charges are as follows:
* $5,000.00 Due by May 5, 2005
* **28 day billing cycle**

Accepted:

By: _____
          Lauren Gommel
          Account Executive

Accepted:

By: _____
          Michael Register
          Nikki Beach

EXHIBIT
Penrod-3
3/20/07 SB



PLEASE MAIL PAYMENT TO:

Mr. John Inc.
PO Box 130
Keasbey, NJ 08832

Penrod Management Group, Inc
1 Ocean Drive
Miami Beach, FL 33139

REMITTANCE COPY-DETACH AND RETURN WITH PAYMENT

| CUSTOMER CODE | INVOICE # | AMOUNT PAID |
|---|---|---|
| 036599 | 0000312744 | |

CHARGE MY: ☐ Visa ☐ MasterCard ☐ AMEX ☐ Discover

Cardholder Name

Cardholder Address, City State & Zip Code

Card #

Amount Paid            Exp. Date

Signature



EXHIBIT

Penrod - 4
3/20/07 SB

$25.00 Returned Check Fee | Terms: Net 10 Days | Make Checks Payable to Mr. John Inc.



Mr. John Inc.
PO Box 130
Keasbey, NJ 08832
Phone: (732) 225-2233
Fax: (732) 417-0367

| | |
|---|---|
| Customer Number | 036599 |
| Invoice Date | 5/27/2005 |
| Invoice Number | 0000312744 |
| Page | Page 1 of 1 |

Penrod Management Group, Inc
1 Ocean Drive
Miami Beach, FL 33139

| Date/Period | Qty | N/C Qty | Description | Rate | Amount |
|---|---|---|---|---|---|
| Site 036599-001 - Nikki Beach Bar - 1133 Boardwalk, Atlantic City, NJ | | | | | |
| Account Executive: Lauren Gommel | | | | | |
| 5/3/2005 | WO# 0000071937 | | | | |
| | 1.00 | 0.00 | Delivery Charge Restroom Trailers 7215GP, 7204GP | 450.00000 | 450.00 |
| 5/3/2005 | WO# 0000071939 | | | | |
| | 2.00 | 0.00 | Delivery Charge Units | 1,000.00000 | 2,000.00 |
| 05/12/05 - 06/23/05 | 4.00 | 0.00 | Standard Temporary Restroom w/City Main Connection | 950.00000 | 5,835.71 |
| 5/12/2005 | WO# 0000078539 | | | | |
| | 1.00 | 0.00 | Delivery Charge Units | 1,200.00000 | 1,200.00 |
| 05/27/05 - 06/23/05 | 2.00 | 0.00 | Ambassador 2 ADA | 2,300.00000 | 4,600.00 |
| 05/27/05 - 06/23/05 | 2.00 | 0.00 | Gold Plus Restroom Trailer 7215GP, 7204GP | 6,000.00000 | 12,000.00 |
| | | | | Site Total | 26,085.71 |
| | | | | Total Invoice Amount | 26,085.71 |

The continuing escalation in diesel fuel prices requires that we immediately assess a 4.75% Fuel Surcharge for the rental and service of individual units. Thank you for your continued patronage.

09/21/2005 WED 16:03 [TX/RX NO 5852] @011



PLEASE MAIL PAYMENT TO:

Mr. John Inc.
PO Box 130
Keasbey, NJ 08832

REMITTANCE COPY-DETACH AND RETURN WITH PAYMENT

| CUSTOMER CODE | INVOICE # | AMOUNT PAID |
|---|---|---|
| 036599 | 0000398618 | |

CHARGE MY: ☐ Visa ☐ MasterCard ☐ AMEX ☐ Discover

Cardholder Name

Cardholder Address, City State & Zip Code

Card #

Amount Paid                    Exp. Date

Signature

Penrod Management Group, Inc
1 Ocean Drive
Miami Beach, FL 33139

$25.00 Returned Check Fee | Terms: Net 10 Days | Make Checks Payable to Mr. John Inc.



Mr. John Inc.
PO Box 130
Keasbey, NJ 08832
Phone: (732) 225-2233
Fax: (732) 417-0367

| | |
|---|---|
| Customer Number | 036599 |
| Invoice Date | 6/24/2005 |
| Invoice Number | 0000398618 |
| Page | Page 1 of 1 |

EXHIBIT
Penrod-5
3/50/07 SB

Penrod Management Group, Inc
1 Ocean Drive
Miami Beach, FL 33139

| Date/Period | Qty | N/C Qty | Description | Rate | Amount |
|---|---|---|---|---|---|
| Site 036599-001 – Nikki Beach Bar - 1133 Boardwalk, Atlantic City, NJ | | | | | |
| Account Executive: Lauren Gommel | | | | | |
| 6/2/2005 | WO# 0000088843 | | | | |
| | 1.00 | 0.00 | Service Surcharge- Sunday/Double Time 7215GP, 7204GP | 250.00000 | 250.00 |
| 6/15/2005 | WO# 0000094617 | | | | |
| | 4.00 | 0.00 | Repair Charge 7215GP, 7204GP | 28.00000 | 112.00 |
| | 1.00 | 0.00 | Labor Charge – Regular 7215GP, 7204GP | 400.00000 | 400.00 |
| | Note: | | Replacing 4 Peddals | | |
| 06/24/05 – 07/21/05 | 2.00 | 0.00 | Ambassador 2 ADA | 2,300.00000 | 4,600.00 |
| 06/24/05 – 07/21/05 | 2.00 | 0.00 | Gold Plus Restroom Trailer 7215GP, 7204GP | 6,000.00000 | 12,000.00 |
| 06/24/05 – 07/21/05 | 4.00 | 0.00 | Standard Temporary Restroom w/City Main Connection | 950.00000 | 3,800.00 |
| | | | New Jersey Sales Tax | | 39.00 |
| | | | | Site Total | 21,201.00 |
| | | | | Total Invoice Amount | 21,201.00 |



PLEASE MAIL PAYMENT TO:

Mr. John Inc.
PO Box 130
Keasbey, NJ 08832

REMITTANCE COPY-DETACH AND RETURN WITH PAYMENT

| CUSTOMER CODE | INVOICE # | AMOUNT PAID |
|---|---|---|
| 036599 | 0000475833 | |

CHARGE MY: ☐ Visa ☐ MasterCard ☐ AMEX ☐ Discover

Cardholder Name

Cardholder Address, City State & Zip Code

Card #

Amount Paid　　　　　　　　　Exp. Date

Signature

Penrod Management Group, Inc
1 Ocean Drive
Miami Beach, FL 33139

$25.00 Returned Check Fee | Terms: Net 10 Days | Make Checks Payable to Mr. John Inc.



Mr. John Inc.
PO Box 130
Keasbey, NJ 08832
Phone: (732) 225-2233
Fax: (732) 417-0387

| Customer Number | 036599 |
|---|---|
| Invoice Date | 7/22/2005 |
| Invoice Number | 0000475833 |
| Page | Page 1 of 1 |

Penrod Management Group, Inc
1 Ocean Drive
Miami Beach, FL 33139



EXHIBIT
Penrod - 6
3/20/07 SB

| Date/Period | Qty | N/C Qty | Description | Rate | Amount |
|---|---|---|---|---|---|
| Site 036599-001 - Nikki Beach Bar - 1133 Boardwalk, Atlantic City, NJ | | | | | |
| Account Executive: Lauren Gommel | | | | | |
| 7/3/2005 | | | WO# 0000106067 | | |
| | 1.00 | 0.00 | Repair Charge 7215GP, 7204GP | 400.00000 | 400.00 |
| | 1.00 | 0.00 | Emergency Service Surcharge - Sunday/Double Time 7215GP, 7204GP | 200.00000 | 200.00 |
| 07/22/05 - 08/18/05 | 2.00 | 0.00 | Ambassador 2 ADA | 2,300.00000 | 4,600.00 |
| 07/22/05 - 08/18/05 | 2.00 | 0.00 | Gold Plus Restroom Trailer 7215GP, 7204GP | 6,000.00000 | 12,000.00 |
| 07/22/05 - 08/18/05 | 4.00 | 0.00 | Standard Temporary Restroom w/City Main Connection | 950.00000 | 3,800.00 |
| | | | New Jersey Sales Tax | | 12.00 |
| | | | | Site Total | 21,012.00 |
| | | | | Total Invoice Amount | 21,012.00 |



**mr.john**

PLEASE MAIL PAYMENT TO:

Mr. John Inc.
PO Box 130
Keasbey, NJ 08832

REMITTANCE COPY-DETACH AND RETURN WITH PAYMENT

| CUSTOMER CODE | INVOICE # | AMOUNT PAID |
|---|---|---|
| 036599 | 0000561886 | |

CHARGE MY: ☐ Visa  ☐ MasterCard  ☐ AMEX  ☐ Discover
Cardholder Name

Cardholder Address, City State & Zip Code

Card #

Amount Paid                          Exp. Date

Signature

Penrod Management Group, Inc
1 Ocean Drive
Miami Beach, FL 33139

$25.00 Returned Check Fee | Terms: Net 10 Days | Make Checks Payable to Mr. John Inc.

---



**mr.john**

Mr. John Inc.
PO Box 130
Keasbey, NJ 08832
Phone: (732) 225-2233
Fax: (732) 417-0367

Customer Number        036599
Invoice Date        8/19/2005
Invoice Number        0000561886
Page        Page 1 of 1

EXHIBIT
Penrod - 7
3/20/07 SB

Penrod Management Group, Inc
1 Ocean Drive
Miami Beach, FL 33139

| Date/Period | Qty | N/C Qty | Description | Rate | Amount |
|---|---|---|---|---|---|
| Site 036599-001 - Nikki Beach Bar - 1133 Boardwalk, Atlantic City, NJ | | | | | |
| Account Executive: Lauren Gommel | | | | | |
| 7/21/2005 | | | WO# 0000110638 | | |
| | 1.00 | 0.00 | Service Surcharge- Sunday/Double Time 7215GP, 7204GP | 400.00000 | 400.00 |
| 7/26/2005 | | | WO# 0000114336 | | |
| | 1.00 | 0.00 | Service Surcharge- Sunday/Double Time 7215GP, 7204GP | 500.00000 | 500.00 |
| 7/28/2005 | | | WO# 0000116999 | | |
| | 1.00 | 0.00 | Repair Charge | 400.00000 | 400.00 |
| 08/19/05 - 09/15/05 | 2.00 | 0.00 | Ambassador 2 ADA | 2,300.00000 | 4,600.00 |
| 08/19/05 - 09/15/05 | 2.00 | 0.00 | Gold Plus Restroom Trailer 7215GP, 7204GP | 6,000.00000 | 12,000.00 |
| 08/19/05 - 09/15/05 | 4.00 | 0.00 | Standard Temporary Restroom w/City Main Connection | 950.00000 | 3,800.00 |
| | | | New Jersey Sales Tax | | 54.00 |
| | | | | Site Total | 21,754.00 |
| | | | | Total Invoice Amount | 21,754.00 |



**mr.john**

PLEASE MAIL PAYMENT TO:

Mr. John Inc.
PO Box 130
Keasbey, NJ 08832

Penrod Management Group, Inc
1 Ocean Drive
Miami Beach, FL 33139

REMITTANCE COPY-DETACH AND RETURN WITH PAYMENT

| CUSTOMER CODE | INVOICE # | AMOUNT PAID |
|---|---|---|
| 036599 | 0000631700 | |

| CHARGE MY: ☐ Visa ☐ MasterCard ☐ AMEX ☐ Discover |
|---|
| Cardholder Name |
| Cardholder Address, City State & Zip Code |
| Card # |
| Amount Paid          Exp. Date |
| Signature |

$25.00 Returned Check Fee | Terms: Net 10 Days | Make Checks Payable to Mr. John Inc.



**mr.john**

Mr. John Inc.
PO Box 130
Keasbey, NJ 08832
Phone: (732) 225-2233
Fax (732) 417-0367

| | |
|---|---|
| Customer Number | 036599 |
| Invoice Date | 9/16/2005 |
| Invoice Number | 0000631700 |
| Page | Page 1 of 1 |



EXHIBIT
Penrod-8
3/20/07 SB

Penrod Management Group, Inc
1 Ocean Drive
Miami Beach, FL 33139

| Date/Period | Qty | N/C Qty | Description | Rate | Amount |
|---|---|---|---|---|---|
| Site 036599-001 - Nikki Beach Bar - 1133 Boardwalk, Atlantic City, NJ | | | | | |
| Account Executive: Lauren Gommel | | | | | |
| 09/16/05 - 10/13/05 | 2.00 | 0.00 | Ambassador 2 ADA | 2,300.00000 | 4,600.00 |
| 09/16/05 - 10/13/05 | 2.00 | 0.00 | Gold Plus Restroom Trailer 7215GP, 7204GP | 6,000.00000 | 12,000.00 |
| 09/16/05 - 10/13/05 | 4.00 | 0.00 | Standard Temporary Restroom w/City Main Connection | 950.00000 | 3,800.00 |
| | | | | Site Total | 20,400.00 |
| | | | | Total Invoice Amount | 20,400.00 |

The continuing escalation in diesel fuel prices requires that we immediately adjust our fuel surcharge to 6% for the rental and service of individual units.  Thank you for your continued patronage.

**DEPARTMENT OF TREASURY**
Division of Revenue
Business Support Services, Commercial Recording
P.O. Box 308
Trenton, NJ 08646

07/20/2006

SHIP TO:

PENROD MANAGEMENT GROUP
ONE OCEAN DRIVE
4TH FLOOR
MIAMI, FL 33139



EXHIBIT
Penrod-9A
3/22/07 SP

Thank you for your recent work request. The following information summarizes all work requests processed and the associated fees.

If your work was rejected, it is imperative that you include this form or a copy when resubmitting corrected documents or if you are requesting a refund. This will assist us in verifying payment and the original date the work request was submitted. Call us at (609) 292-9292 if you have any questions regarding this notice.

1. Customer Number: 427961
2. Account Number:
3. Session Number: 1707809
4. User ID: 8
5. Comments On Work Request:

6. Number of Rejected Jobs: 0

Method of Payment: Check
Check No: 3453                    Amount:        $100.00
Job 1 :                          Job Completion Status: C  CLOSED (JOB OR SESSION)
Session Number: 1707809
Work Description: FORMDT  CERTIFICATION OF AMENDMENT AND FORMATION
Job Number: 3214019
Filing Number: 600229364
Received Date: 20-JUL-06
Entity Name: NIKKI BEACH ATLANTIC CITY, LLC
Comments On Job:

| FEE CODE | FEE DESCRIPTION | FEE | QTY | TOTAL |
|----------|-----------------|-----|-----|-------|
| AMENDB | AMENDMENT LLC AND LP | 100.00 | 1 | $100.00 |
| | | | JOB TOTAL: | $100.00 |
| | | | COMPLETED JOB TOTAL: | $100.00 |

OFFICIAL RECEIPT   *** THIS IS NOT A BILL ***
* Please retain a copy for your records to verify check and credit card billing.

Page 1 of  1

L-109 (7/03)

New Jersey Division of Revenue

**CERTIFICATE of CANCELLATION**
**Limited Liability Company**
( Title NJSA 42 )



FILED
JUL 11 2006
STATE TREASURER

This form may be used to cancel a Certificate of Formation of a Limited Liability Company on file with the Division of Revenue. Applicants must insure strict compliance with NJSA 42, the New Jersey Limited Liability Act, and insure that all applicable filing requirements are met.

1. Name of Limited Liability Company:
   Nikki Beach Atlantic City LLC

2. Business Entity Number:
   202-529-399/000

3. Date of formation:
   March 23, 2005

EXHIBIT
Pevrod-9B
3/20/07 SB

4. State of Formation (foreign entities only)

5. Effective date of cancellation:

6. Reasons for canceling the LLC:
   Closed for Business

The undersigned represent(s) that this filing complies with State law as detailed in NJSA 42 and that they are authorized to sign this form on behalf of the Limited Liability Company.

Signature:

Date: 6/30/06

Name: John Michael Register

NJ Division of Revenue, PO Box 308, Trenton NJ 08646