UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

PENROD MANAGEMENT GROUP, INC.,

                Plaintiff/Petitioner,    07 civ 10649 ( ) (DFE)

   - against -                 ORDER OF DISCONTINUANCE

STEWART'S MOBILE CONCEPTS, LTD.,   This is an ECF case

                Defendant/Respondent.
---------------------------------x

    The parties having reached a resolution of this action, and the parties having agreed to this order, and the parties having consented to Magistrate Judge Eaton's jurisdiction for all purposes,

    IT IS HEREBY ORDERED that the above-captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that on or before September 10, 2008 Stewart's Mobile Concepts, Ltd. may apply to Magistrate Judge Eaton by letter (by fax and by mail) for restoration of the action to the calendar if the settlement is not effected, in which event the action will be restored to the calendar of Magistrate Judge Eaton.

    SO ORDERED.

                                            _____
                                            DOUGLAS F. EATON
                                            United States Magistrate Judge

Dated:   New York, New York
           June 20, 2008

USDC SDNY
DATE SCANNED 6/23/08